11OPM(3/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Damon Kyle Jones  
*Debtor*

*Bankruptcy Case No.*  
22–41154–can11

## ORDER ON PRELIMINARY MATTERS

The Court enters its order regarding filing of a plan and other preliminary Chapter 11 matters as follows:

1. The U.S. Trustee is a party in interest in all matters. Copies of <u>all</u> pleadings and orders in all proceedings in the main bankruptcy case and adversary actions must be served on the U.S. Trustee.

2. Promptly after filing of the bankruptcy case and after consultation with the U.S. Trustee, debtor shall open and use only bank accounts identified as debtor in possession accounts.

3. Debtor shall timely file tax returns and other required governmental filings, and shall timely pay all taxes entitled to administrative expense priority.

4. Debtor shall, subject to 11 USC §363(c)(2), maintain insurance customary and appropriate to the industry.

5. Debtor shall file all postpetition financial and other reports required by the Federal Rules of Bankruptcy Procedure or L.R. 2015–2.

6. Debtor is to allow the United States Trustee, or a designated representative of the United States Trustee, to inspect the debtor's business premises, books and other records at reasonable times, after reasonable prior written notice.

7. Debtor shall meet with the United States Trustee, or a designated representative, to develop an agreed scheduling order.

8. Failure to comply with this order may result in dismissal of debtor's case or conversion to another chapter.

IT IS SO ORDERED.

Dated: 9/15/22

/s/Cynthia A. Norton  
Bankruptcy Judge