## United States Bankruptcy Court
### Western District of Missouri

In re   __Damon Kyle Jones__ _____   Case No.   __22-41154__

Debtor(s)   Chapter   __11__

## VERIFICATION BY DEBTOR(S)

I/We, _, named as the debtor(s) in this case, declare under the penalty of perjury that I/we have read the

☐   Schedule(s)   _____ (A - J insert all that apply)

☑   Amended Schedule(s)   **E/F to include creditor providing** (A - J insert all that apply)
**funding for the Chapter 11 filing**

☐   Conversion Schedules   _____ (A - J insert all that apply)

☐   Statement/Amended Statement of Financial Affairs

☐   Statement/Amended Statement of Intent

☐   Statement/Amended Statement of Current Monthly Income

☐   Matrix

☐   Amended Matrix

and that they are true and correct to the best of my/our knowledge, information, and belief.

Date:   __November 11, 2022__ _____   **/s/ Damon Kyle Jones**   _____
**Damon Kyle Jones**
Signature of Debtor

Instructions: File with original schedules or matrix not filed with the original petition or amended schedules/statements/matrix.

Must be prepared as a separate document and must contain image of the debtor(s)' signature(s).

Docket as a separate event or as a separate attachment to the schedules/statements/matrix.

ECF Event: If not filed as an attachment to the schedules/statements/matrix, but filed as a separate document use the event – Bankruptcy>Other>Verification by Debtor