## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

In Re:                                                          )
                                                               )   Case No. 22-41154-can11
Damon Kyle Jones, *Debtor*                                      )
                                                               )   Chapter: 11
Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, *Creditor*       )
                                                               )
vs.                                                            )
                                                               )
Damon Kyle Jones, *Debtor*                                      )

**MOTION FOR ORDER MODIFYING AUTOMATIC STAY**

**COMES NOW, Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, by Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, its subsidiaries, affiliates, predecessors in interests, successors or assigns, ("Creditor"), and in support of its motion, states as follows:**

1.      Damon Kyle Jones, Debtor, is indebted to Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, in the sum of $29,711.57, plus interest.

2.      Debtor's debt is secured by a first, prior and duly perfected security interest in, to and against a 2018 Chevrolet Colorado VIN:1GCGTCEN0J1271504.

3.      Debtor's debt, Movant's interest, and the perfection of Movant's security interest are evidenced by the documents which are listed on the Summary of Exhibits and attached hereto.

4.      Creditor files this motion under Rules 4001 and 9014, Rules of Bankruptcy Procedure.  On, September 14, 2022, Debtor filed a Petition for Adjustment of Debts under Chapter 11 of the Bankruptcy Code wherein Creditor was listed as a secured creditor as to personal property of Debtor.  At the time the bankruptcy case was filed, the Debtor was indebted to Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto (the "Creditor") in the sum of $29,711.57.

5.      The Movant's interest in and to the Collateral is not adequately protected and the Movant will sustain irreparable harm, loss, damage and prejudice if the automatic stay imposed by Section 362(a) of the Bankruptcy Code is not modified as hereinafter prayed. In particular:

(a)      The Debtor is past due for the April 11, 2022 payment and all payments thereafter for a total delinquency of $4,010.64, plus interest, excluding to the extent of any applicable late charges, attorney

File No. 237335
Case No: 22-41154-can11

fees and/or attorney costs or other fees or costs included herein in the Note and Security Agreement.

(b)        The Collateral is secured beyond its NADA clean retail value of $28,950.00 and the Debtor

has no equity therein.

**WHEREFORE**, Movant, its successors or assigns, respectfully requests the Court to enter, among

others, the following orders:

(a)        An order modifying the automatic stay for the purpose of allowing Movant to repossess

and sell the collateral and to apply all proceeds therefrom to the Debtor's debt;

(b)        An order waiving the 14-day stay imposed by Bankruptcy Rule 4001(a)(3).

(c)        An order granting such other and further relief as the Court deems just.

SOUTHLAW, P.C.

*/s/Wendee Elliott-Clement*

Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Daniel A. West (MBE#48812; EDMO #98415; KSfd#70587)
Hunter C. Gould (MBE #65355; #KSFd #78608)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
mobknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 237335
Case No: 22-41154-can11

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was filed electronically on this November 21, 2022 with the United States Bankruptcy Court for the Western District of Missouri of Missouri at Kansas City, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court.

Ryan A. Blay
WM Law
15095 W 116th St.
Olathe, KS 66049
**ATTORNEY FOR DEBTOR**

Adam E. Miller
Office of the United States Trustee
400 E. 9th St., Ste. 3440
Kansas City, MO 64106
**US TRUSTEE**

And delivered via U.S. Mail, First Class, postage prepaid, on November 21, 2022, to:

Damon Kyle Jones
12915 E. 58th St.
Kansas City, MO 64133
**DEBTOR**

SOUTHLAW, P.C.

*/s/Wendee Elliott-Clement*

Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Daniel A. West (MBE#48812; EDMO #98415; KSfd#70587)
Hunter C. Gould (MBE #65355; #KSFd #78608)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
mobknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 237335
Case No: 22-41154-can11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Damon Kyle Jones, *Debtor* | ) | |
| | ) | Case No. 22-41154-can11 |
| | ) | |
| Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, *Creditor* | ) | Chapter: 11 |
| | ) | |
| vs. | ) | |
| | ) | |
| Damon Kyle Jones, *Debtor* | ) | |

**SUMMARY OF EXHIBITS AND CERTIFICATE OF SERVICE**

Pursuant to L.B.R. 9040-1, the following exhibits to the Motion for Order Modifying Automatic Stay are otherwise available upon request:

1. Exhibit A, the Retail Installment Sale Contract – Simple Finance Charge dated October 28, 2020.

2. Exhibit B, the Record Lookup Results.

3. Exhibit C, the Chapter 11 status sheet.

4. Exhibit D, the J.D. Power used car guide.

5. Exhibit E, the Charge off Arrears Inquiry.

Respectively submitted,

SOUTHLAW, P.C.

*/s/Wendee Elliott-Clement*

Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Daniel A. West (MBE#48812; EDMO #98415; KSfd#70587)
Hunter C. Gould (MBE #65355; #KSFd #78608)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
mobknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

**CERTIFICATE OF MAILING/SERVICE**

File No. 237335
Case No: 22-41154-can11

The undersigned does hereby certify that a true and correct copy of the foregoing document was filed electronically on this November 21, 2022 with the United States Bankruptcy Court for the Western District of Missouri of Missouri at Kansas City, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court.

Ryan A. Blay
WM Law
15095 W 116th St.
Olathe, KS 66049
**ATTORNEY FOR DEBTOR**

Adam E. Miller
Office of the United States Trustee
400 E. 9th St., Ste. 3440
Kansas City, MO 64106
**US TRUSTEE**

And delivered via U.S. Mail, First Class, postage prepaid, on November 21, 2022, to:

Damon Kyle Jones
12915 E. 58th St.
Kansas City, MO 64133
**DEBTOR**

SOUTHLAW, P.C.

_/s/Wendee Elliott-Clement_

Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Daniel A. West (MBE#48812; EDMO #98415; KSfd#70587)
Hunter C. Gould (MBE #65355; #KSFd #78608)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
mobknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 237335
Case No: 22-41154-can11

LAW 553-MO-ARB-ea 1/20

## RETAIL INSTALLMENT SALE CONTRACT - SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| DAMON JONES 12915 E 58TH ST Kansas City, MO 64133 JACKSON | N/A | Cable Dahmer LLC 3107 SOUTH NOLAND ROAD INDEPENDENCE, MO 64055 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| Used | 2018 | Chevrolet Colorado | 14862 | 1GCGTCEN0J1271504 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural  ☐ _____ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $3,289.00 is |
|---|---|---|---|---|
| 7.14 % | $ 8,672.00 | $ 35,245.00 | $ 43,917.00 | $ 47,206.00 |

**Your Payment Schedule Will Be:**  (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | $ $ 585.56 | Monthly beginning 12/11/2020 |
| N/A | $ N/A | N/A |

N/A

**OPTIONAL OTHER BENEFIT(S)** You want to purchase the other benefit(s) written with the company(ies) and for the coverage periods and charge(s) shown below.

| | | |
|---|---|---|
| Type of Benefit | Warranty | |
| Company | century | $ 4,350.00 |
| Coverage Period | 60 Mos. or 100000 Miles | |
| Type of Benefit | N/A | |
| Company | N/A | $ N/A |
| Coverage Period | N/A Mos. or N/A Miles | |
| Type of Benefit | N/A | |
| Company | N/A | $ N/A |
| Coverage Period | N/A Mos. or N/A Miles | |
| Type of Benefit | N/A | |
| Company | N/A | $ N/A |
| Coverage Period | N/A Mos. or N/A Miles | |
| Type of Benefit | N/A | |
| Company | N/A | $ N/A |
| Coverage Period | N/A Mos. or N/A Miles | |

**Late Charge.** If a payment is not received in full within 15 days after it is due, you will pay a late charge of 5% of the part of the payment that is late. If the payment due is $25 or less, the maximum late charge will be $5. Otherwise, the maximum charge will be $25 and the minimum charge will be $10.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Returned Check Charge:** You agree to pay a charge of $ 25 if any check you give us is dishonored or any electronic payment is unpaid.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 75 Mos.    ASI GAP
Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X **A** _____

**You have a right to cancel a gap contract within 15 days of buying it and receive a full refund or credit for the charge of the gap contract.**

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____ , Year _____ . SELLER'S INITIALS _____

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X **B** _____    Co-Buyer Signs X **B** N/A

### NO COOLING OFF PERIOD
**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

Exhibit A

**ITEMIZATION OF AMOUNT FINANCED**

**1** Cash Sale Price

Vehicle Cash Sale Price (including $ _____0.00_____ sales tax)    $ _____33,110.00_____

Administrative Fee    $ _____199.00_____

**AN ADMINISTRATIVE FEE IS NOT AN OFFICIAL FEE AND IS NOT REQUIRED BY LAW BUT MAY BE CHARGED BY A DEALER. THIS ADMINISTRATIVE FEE MAY RESULT IN A PROFIT TO DEALER. NO PORTION OF THIS ADMINISTRATIVE FEE IS FOR THE DRAFTING, PREPARATION, OR COMPLETION OF DOCUMENTS OR THE PROVIDING OF LEGAL ADVICE. THIS NOTICE IS REQUIRED BY LAW.**

Other N/A _____ $ _____N/A_____

Other N/A _____ $ _____N/A_____

Other N/A _____ $ _____N/A_____

Total Cash Sale Price    $ _____33,309.00_____ (1)

**2** Total Downpayment =

Trade-in 2011    Nissan    Rogue
     (Year)     (Make)      (Model)

Gross Trade-In Allowance    $ _____2,289.00_____

Less Pay Off Made By Seller to N/A _____ $ _____0.00_____

Equals Net Trade In    $ _____2,289.00_____

+ Cash    $ _____1,000.00_____

+ Other N/A _____ $ _____N/A_____

+ Other N/A _____ $ _____N/A_____

+ Other N/A _____ $ _____N/A_____

(If total downpayment is negative, enter "0" and see 4H below)    $ _____3,289.00_____ (2)

**3** Unpaid Balance of Cash Sale Price (1 minus 2)    $ _____30,020.00_____ (3)

**4** Other Charges Including Amounts Paid to Others on Your Behalf

(Seller may keep part of these amounts):

**A** Cost of Optional Credit Insurance

Paid to Insurance Company or Companies.

Life    $ _____N/A_____

Disability    $ _____N/A_____    $ _____N/A_____

**B** Other Optional Insurance Paid to Insurance Company or Companies _____ $ _____N/A_____

**C** Official Fees Paid to Government Agencies

to N/A    for N/A    $ _____N/A_____

to N/A    for N/A    $ _____N/A_____

to N/A    for N/A    $ _____N/A_____

**D** Optional Gap Contract    $ _____875.00_____

**E** Government Taxes Not Included in Cash Sale Price    $ _____N/A_____

**F** Government License and/or Registration Fees

N/A

N/A _____ $ _____N/A_____

**G** Government Certificate of Title Fees    $ _____N/A_____

**H** Other Charges (Seller must identify who is paid and describe purpose.)

to N/A    for Prior Credit or Lease Balance    $ _____N/A_____

to century    for Service Contract    $ _____4,350.00_____

to N/A    for N/A    $ _____N/A_____

to N/A    for N/A    $ _____N/A_____

to N/A    for N/A    $ _____N/A_____

to N/A    for N/A    $ _____N/A_____

to N/A    for N/A    $ _____N/A_____

to N/A    for N/A    $ _____N/A_____

to N/A    for N/A    $ _____N/A_____

to N/A    for N/A    $ _____N/A_____

to N/A    for N/A    $ _____N/A_____

to N/A    for N/A    $ _____N/A_____

to N/A    for N/A    $ _____N/A_____

Total Other Charges and Amounts Paid to Others on Your Behalf    $ _____5,225.00_____ (4)

**5** Amount Financed (3 + 4)    $ _____35,245.00_____ (5)

---

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

**Optional Credit Insurance**

☐ Credit Life:   ☐ Buyer   ☐ Co-Buyer   ☐ Both

☐ Credit Disability:   ☐ Buyer   ☐ Co-Buyer   ☐ Both

Premium:

Credit Life $ _____N/A_____

Credit Disability $ _____N/A_____

Insurance Company Name _____ N/A

Home Office Address _____ N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ N/A _____ N/A
   Type of Insurance     Term

Premium $ _____N/A_____

Insurance Company Name _____ N/A

Home Office Address _____ N/A

☐ N/A _____ N/A
   Type of Insurance     Term

Premium $ _____N/A_____

Insurance Company Name _____ N/A

Home Office Address _____ N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

x C    N/A _____ N/A
Buyer Signature       Date

x C    N/A _____ N/A
Co-Buyer Signature       Date

**You have a right to cancel credit insurance within 15 days of buying it and receive a full refund or credit for the credit insurance premium.**

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - JCC NON-AUTHORITATIVE COPY

**OTHER IMPORTANT AGREEMENTS**

**1. FINANCE CHARGE AND PAYMENTS**

**a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2. YOUR OTHER PROMISES TO US**

**a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. You agree to name us on your insurance policy as an additional insured and as loss payee. Unless you provide us with evidence of the insurance coverage required by this contract, we may buy insurance at your expense to protect our interests in the vehicle. This insurance may, but need not protect your interests. The coverage that we buy may not pay any claim that you make or any claim that is made against you in connection with the vehicle. You may later cancel any insurance we buy, but only after providing us with evidence that you have obtained the insurance this contract requires. If we buy insurance for the vehicle, you will be responsible for the costs of that insurance, including the insurance premium, finance charges and any other charges we may impose in connection with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. We may add the costs of the insurance to your total outstanding balance or obligation. The costs of the insurance may be more than the cost of insurance you may be able to obtain on your own. If we buy insurance, the charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contact. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe at once after we give you any notice the law requires. Default means:
- You do not make any payment when due; or
- You start a proceeding in bankruptcy or one is started against you or your property; you give false, incomplete, or misleading information during credit application; or you break any agreements in this contract; except that we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or the ability to realize upon the collateral.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fee and any court costs, as the law allows. The maximum attorney's fee you will pay will be 15% of the amount you owe. You will also pay any collection costs we incur as the law allows.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you after we give you any notice the law requires. We may only take the vehicle if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

T352866781-DP352866782 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 10/31/2020 03:56:42 PM GMT

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

6. **SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **APPLICABLE LAW**
Federal law and the law of the state of Missouri apply to this contract.

This provision applies only if the vehicle will be used for personal, family or household purposes.
**Oral agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable. To protect you (borrower(s)) and us (creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.**
This provision applies only if the vehicle is used for business or agricultural purposes.
**Oral or unexecuted agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable, regardless of the legal theory upon which it is based that is in any way related to the credit agreement. To protect you (borrower(s)) and us (creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.**

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

T352866781-DP352866782  - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 10/31/2020 03:56:42 PM GMT

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY
TRUE AND ACCURATE COMPLETED COPY - JCC NON-AUTHORITATIVE COPY

**ARBITRATION PROVISION**

**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.

2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.

3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association (www.adr.org) or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs **X D** _____    Co-Buyer Signs **X D** **N/A** _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**See the rest of this contract for other important agreements.**

**Notice to the Buyer.**
**Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to an exact copy of the contract you sign. Under the law you have the right to pay off in advance the full amount due and to obtain a partial refund of the finance charge (time price differential).**

---

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision above, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs **X E** _____ Date 10/28/2020    Co-Buyer Signs **X E** **N/A** _____ Date N/A
Buyer Printed Name DAMON JONES    Co-Buyer Printed Name N/A
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A _____ Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here **X** _____ N/A    Address N/A _____
Seller signs    Cable Dahmer LLC    Date 10/28/2020    By **X E** _____    Title FINANCE

---

Seller assigns its interest in this contract to    Wells Fargo Auto    (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse    ☒ Assigned without recourse    ☐ Assigned with limited recourse

Seller Cable Dahmer LLC

By **X F** _____    Title FINANCE

---

**LAW** FORM NO. 553-MO-ARB-ea (REV. 1/20)
©2020 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.    LAW 553-MO-ARB-ea 1/20 v1    Page 5 of 5
T352866781-DP352866782  - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 10/31/2020 03:56:42 PM GMT

Missouri Department of Revenue
PO Box 3355
Jefferson City, MO 65105-3355

wfa
1100 corporate cente
Raleighn, NC 27607



### Record Lookup Results

| Year | Make | VIN/HIN |
|------|------|---------|
| 2018 | CHEV | 1GCGTCEN0J1271504 |

#### Notice Of Lien-DB2

**Owner Information**

| | |
|---|---|
| Owner's Name | Jones Damon |
| Street Address | 12915 E 58th St |
| City | Kansas City |
| State | MO |
| Zip Code | 64133 |

**Vehicle Information**

| | |
|---|---|
| Year | 2018 |
| Make | CHEV |
| VIN/HIN | 1GCGTCEN0J1271504 |
| Vehicle Type | Passenger Vehicle |
| Control Number | ▮▮▮▮ |
| Previous Title Number | |
| Purchase Date | 2020-10-27 |
| Receipt Date | 2020-11-03 |

**Lienholder Information**

| | |
|---|---|
| Lien Date | 2020-10-27 |
| Lienholder Name | Wells Fargo Auto |
| Street Address | PO Box 997517 |
| City | Sacramento |
| State | CA |
| Zip Code | 95899 |

#### Title Record

**Owner Information**

| | |
|---|---|
| Owner's Name | JONES DAMON |
| Street Address | 12915 E 58TH ST |
| City | KANSAS CITY |
| State | MO |
| Zip Code | 64133 |
| County | JACKSON |

https://dors.mo.gov/dmv/nol/lookup.do                    1/15/2021

Exhibit B

| Chapter 11 | | | | |
|---|---|---|---|---|
| 22-41154 | | DAMON JONES | | |
| Today's Date: | 11/9/2022 | BK Filed: | | 9/14/2022 |
| Most Recent Payment Due Post BK Filing: | 10/11/2022 | Most Recent Payment Due Pre BK Filing: | | 9/11/2022 |
| Monthly Payment: | $585.56 | Plan Confirmed Date: | | N/A |
| SOR Arrears: | $4,010.64 | Arrears at Petition Filing Date: | | $3,425.08 |
| Pre-Petition Fees and Charges: | $254.79 | Pre-Petition Arrears: | | $3,425.08 |
| SOR Arrears minus Pre-Petition Fees and Charges: | $3,755.85 | | | |
| Monthly Due Date: | 11TH | | | |

| Pre-Petition Arrears: | | Post-Petition Arrears: | |
|---|---|---|---|
| Pre-Petition Arrears: | $3,425.08 | SOR Arrears: | $4,010.64 |
| Pre-Petition Fees and Charges: | $254.79 | Pre-Petition Arrears: | $3,425.08 |
| Pre-Petition Arrears minus Pre-Petition Fees and Charges | $3,170.29 | Post-Petition Arrears: | $585.56 |
| Pre-Petition Payments Due: | 5.4141164 | Post-Petition Payments Due: | 1.0000000 |

| Pre-Petition Adjusted Arrears (without fees): | $3,170.29 | Post-Petition Adjusted Arrears: | $585.56 |
|---|---|---|---|
| Number of Months Due: | 6 | Number of Months Due: | 1 |
| Pre-Petition Payments Due Date | Amount | Post-Petition Payments Due Date | Amount |
| 9/11/2022 | $585.56 | 10/11/2022 | $585.56 |
| 8/11/2022 | $585.56 | | $0.00 |
| 7/11/2022 | $585.56 | | $0.00 |
| 6/11/2022 | $585.56 | | $0.00 |
| 5/11/2022 | $585.56 | | $0.00 |
| 4/11/2022 | $242.49 | | $0.00 |
| | $0.00 | | $0.00 |
| | $0.00 | | $0.00 |

Exhibit C

# J.D. POWER

11/9/2022

## J.D. POWER Used Cars/Trucks

**Wells Fargo WFAuto Bankruptcy (Indirect)**

PO Box 130000
Raleigh, NC 27605
888/875-9372
DavidNape@wellsfargo.com

## Vehicle Information



| | |
|---|---|
| **Vehicle:** | 2018 Chevrolet Colorado Crew Cab LT 4WD 3.6L V6 |
| **Region:** | Central |
| **Period:** | November 9, 2022 |
| **VIN:** | 1GCGTCEN0J1271504 |
| **Mileage:** | 67,500 |
| **Base MSRP:** | $33,775 |
| **Typically Equipped MSRP:** | $34,995 |
| **Weight:** | 4,435 |

## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly** | | | | |
| **Trade-In** | | | | |
| Rough | $23,800 | N/A | N/A | **$23,800** |
| Average | $25,275 | N/A | N/A | **$25,275** |
| Clean | $26,475 | N/A | N/A | **$26,475** |
| | | | | |
| Clean Loan | $23,850 | N/A | N/A | **$23,850** |
| Clean Retail | $28,950 | N/A | N/A | **$28,950** |
| **Weekly** | | | | |
| **Auction** | | | | |
| Low | $21,400 | -$27 | N/A | **$21,373** |
| Average | $24,800 | -$27 | N/A | **$24,773** |
| High | $28,225 | -$27 | N/A | **$28,198** |
| **Trade-In** | | | | |
| Rough | $22,900 | N/A | N/A | **$22,900** |
| Average | $24,350 | N/A | N/A | **$24,350** |
| Clean | $25,525 | N/A | N/A | **$25,525** |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power

Exhibit D

**J.D. POWER**

11/9/2022

**J.D. POWER Used Cars/Trucks**

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Clean Loan | $22,975 | N/A | N/A | **$22,975** |
| Clean Retail | $27,975 | N/A | N/A | **$27,975** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| 3.6L V6 Engine | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body |
| Power Adjustable Mirrors | w/body | w/body |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power

| Charge off Arrears Inquiry (Loan Number: | as of 11/09/2022 ) | | |
|---|---|---|---|
| Loan Account Number: | | Customer Name: | DAMON JONES |
| Charge off Date: 7/11/2022 | | Maturity Date: | 2/11/2027 |
| Due Date: 3/11/2022 | | Agency Action Date: | |

| Charge-Off Arrears Calculation | Payoff Calculation | |
|---|---|---|
| Original Payment Amount: | $585.56 | Charge Off Balance: $29,456.78 |
| Last Payment Due Date (prior charge off): | 3/11/2022 | Charge Off Unapplied Amount: $0.00 |
| Number of Billing Cycles Since Last Full Payment (prior charge off): | 8 months | Charge Off Interest Due: $0.00 |
| Charge Off Late Charge Due: | $254.79 | Charge Off Late Charge Due: $254.79 |
| Pre Charge Off CPI Interest Due: | $0.00 | Pre Charge Off CPI Interest Due: $0.00 |
| Charge Off Fees Due: | $0.00 | Charge Off Fees Due: $0.00 |
| Pre Charge Off CPI Principal Due: | $0.00 | |
| Pre Charge Off Other Charges Due: | $0.00 | |
| Pre Charge Off Unapplied Balance Due: | $0.00 | |
| Pre Charge Off Principal (As of C/O date): | $29,751.34 | |
| Pre Charge Off Interest (As of C/O date): | $291.00 | |
| Total Charge Off Balance (As of C/O date): | $30,042.34 | |
| Charge Off Balance Due: | $29,456.78 | |
| Pre Charge Off Interest Due: | $0.00 | |
| Charge Off Balance: | $29,456.78 | |
| Payment Variance: | $343.07 | |
| Number of Payments Due: | 6.41 | |
| | | Payoff Amount: $29,711.57 |
| Total Arrearage: | $4,010.64 | |

| Charge off Breakdown and Calculations | | Last Updated 01/05/2022 10:34 AM |
|---|---|---|
| Todays Date: | 11/9/22 | |
| Last Payment Due: | 10/11/22 | |
| Earliest Payment Due Date: | 4/11/22 | |
| Total Arrearage (Minus Fields): | $4,010.64 | |
| Days Past Due: | 212 | |
| Principal Arrears Due: | $3,755.85 | |
| Payoff Amount: | $29,711.57 | |

| Payment Due Schedule | Total Monthly Due | Number of Payments | HOME |
|---|---|---|---|
| 04/11/22 | $242.49 | Payment 1 | |
| 05/11/22 | $585.56 | Payment 2 | |
| 06/11/22 | $585.56 | Payment 3 | |
| 07/11/22 | $585.56 | Payment 4 | |
| 08/11/22 | $585.56 | Payment 5 | |
| 09/11/22 | $585.56 | Payment 6 | |
| 10/11/22 | $585.56 | Payment 7 | |
| | | | |
| | | | |

Exhibit E