## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

In Re:     Damon Kyle Jones                              )     CASE No. 22-41154-can11
                                             Debtor    )

## RESPONSE TO MOTION FOR ORDER MODIFYING STAY BY WELLS FARGO BANK, N.A. D/B/A WELLS FARGO AUTO, DOC. #34

**COMES NOW** Debtor, Damon K. Jones, by and through Counsel, and for this Response to the Motion for Order Modifying Stay (Doc. #34; the "Motion") filed by creditor, Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto (the "Creditor"), states that:

1. Debtor and Creditor are in the process of negotiating repayment terms.
2. Debtor anticipates the Motion will be resolved through an agreed order between the parties.
3. In light of the above, Debtor moves the Court to deny the Motion.

**WHEREFORE,** Debtor prays the Court to for an order denying the Motion for Relief from the Automatic Stay (Doc. #34) filed by Creditor, and for such other relief as the Court deems equitable and proper.

Dated: December 5, 2022            Respectfully submitted,
                                   WM Law

                                   /s/ Ryan A. Blay
                                   Ryan A. Blay, MO #KS001066; KS #28110
                                   15095 W. 116th St.
                                   Olathe, KS 66062
                                   Phone (913) 422-0909 / Fax (913) 428-8549
                                   blay@wagonergorup.com
                                   ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, the foregoing was delivered via e-mail to all parties that are registered to receive electronic filings on CM/ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on CM/ECF.

                                   /s/ Ryan A Blay

1