# UNITED STATES BANKRUPTCY COURT

Western  DISTRICT OF  Missouri

In Re. Damon Kyle Jones

§
§
§
§

Debtor(s)

Case No.  22-41154

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2022

Petition Date: 09/14/2022

Months Pending: 3

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Damon Kyle Jones

Signature of Responsible Party

12/19/2022

Date

Damon Kyle Jones

Printed Name of Responsible Party

12915 E. 58th St., Kansas City, MO  64133-3624

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)          1

Debtor's Name Damon Kyle Jones        Case No. 22-41154

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $12,193 | |
| b. Total receipts (net of transfers between accounts) | $6,413 | $16,164 |
| c. Total disbursements (net of transfers between accounts) | $3,445 | $9,150 |
| d. Cash balance end of month (a+b-c) | $15,162 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $3,445 | $9,150 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory (Book ◯ Market ◯ Other ⦿ (attach explanation)) | $0 |
| d Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)     2

Debtor's Name  Damon Kyle Jones                                                                    Case No.  22-41154

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | WM Law | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                3

Debtor's Name Damon Kyle Jones                                    Case No. 22-41154

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021)                        4

Debtor's Name  Damon Kyle Jones                                    Case No.  22-41154

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                    5

Debtor's Name  Damon Kyle Jones                                          Case No.  22-41154

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name  Damon Kyle Jones                                             Case No.  22-41154

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021)                              7

Debtor's Name  Damon Kyle Jones                                                          Case No.  22-41154

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)      Yes ◯   No ⦿

b.  Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)      Yes ◯   No ⦿

c.  Were any payments made to or on behalf of insiders?      Yes ◯   No ⦿

d.  Are you current on postpetition tax return filings?      Yes ⦿   No ◯

e.  Are you current on postpetition estimated tax payments?      Yes ⦿   No ◯

f.  Were all trust fund taxes remitted on a current basis?      Yes ⦿   No ◯

g.  Was there any postpetition borrowing, other than trade credit?      Yes ◯   No ⦿
(if yes, see Instructions)

h.  Were all payments made to or on behalf of professionals approved by      Yes ◯   No ◯   N/A ⦿
the court?

i.  Do you have:        Worker's compensation insurance?      Yes ◯   No ⦿

     If yes, are your premiums current?      Yes ◯   No ◯   N/A ⦿   (if no, see Instructions)

     Casualty/property insurance?      Yes ⦿   No ◯

     If yes, are your premiums current?      Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

     General liability insurance?      Yes ◯   No ⦿

     If yes, are your premiums current?      Yes ◯   No ◯   N/A ⦿   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?      Yes ◯   No ⦿

k.  Has a disclosure statement been filed with the court?      Yes ◯   No ⦿

l.  Are you current with quarterly U.S. Trustee fees as      Yes ⦿   No ◯
set forth under 28 U.S.C. § 1930?

Debtor's Name  Damon Kyle Jones                                                                                 Case No.  22-41154

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $11,724 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $8 |
| d. | Total income in the reporting period (a+b+c) | $11,732 |
| e. | Payroll deductions | $5,348 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $3,445 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $8,793 |
| j. | Difference between total income and total expenses (d-i) | $2,939 |
| k. | List the total amount of all postpetition debts that are past due | $7,500 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?   Yes ○   No ◉

m. If yes, have you made all Domestic Support Obligation payments?   Yes ○   No ○   N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Damon Kyle Jones

Signature of Responsible Party

Debtor and Debtor-in-Possession

Title

Damon Kyle Jones

Printed Name of Responsible Party

12/19/2022

Date

Debtor's Name Damon Kyle Jones                                          Case No. 22-41154



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Damon Kyle Jones                                          Case No.  22-41154

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                              11

Debtor's Name Damon Kyle Jones Case No. 22-41154



PageThree



PageFour



**Community America** ®
CREDIT UNION

**9777 Ridge Road
Lenexa, KS 66219**

**RETURN SERVICE REQUESTED**

DAMON K JONES
12915 E 58TH ST
KANSAS CITY MO 64133-3624

*Statement Ending 11/30/2022*

*Page 1 of 6*

### Managing Your Accounts

| | | |
|---|---|---|
| 🖥 | Online | CommunityAmerica.com |
| 📱 | Phone | 913.905.7000 or 800.892.7957 |
| ✉ | Mail Address | PO Box 15950 Lenexa, KS 66285-5950 |



# We're Having a Loan Sale!

All Personal Loans up to $10,000 receive an incredible **2% rate discount**[*]. Hurry, offer ends January 31, 2023.

**Scan to check out the low rate and apply today.**

**Start Earning More Today!**
Earn an outstanding **3.10% APY** on our 18-Month Certificate of Deposit (CD). Only $500 minimum balance to open with a guaranteed rate of return. Call 913.905.7000 or go to **CommunityAmerica.com/CD** to open yours today.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Membership Savings | XXXXXXX8100 | $1.00 |
| Cashback Checking | XXXXXXX1705 | $15,160.66 |
| High Interest Savings | XXXXXXX8101 | $0.02 |
| **Total Current Value** | | **$15,161.68** |



**NCUA**
National Credit Union Administration, a U.S. Government Agency

Federally Insured by NCUA

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
**FOR CONSUMER ACCOUNTS:**
Call 800.892.7957 or write to PO Box 15950, Lenexa, KS 66285-5950 as soon as you can, if you think your statement or receipt is wrong or if you need more information or have a question about an electronic fund transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**FOR COMMERCIAL ACCOUNTS:**
Refer to your Commercial Services Master Agreement or your Business Membership and Account Agreement.

**CREDIT INSURANCE NOTICE**
Credit Life and Credit Disability Insurance Certificate holders are required by California law to be advised of the following: THIS INSURANCE MAY NOT COVER AN ADVANCE OR CHARGE UNDER YOUR CREDIT LINE IF YOUR DISABILITY OR DEATH RESULTS FROM A CONDITION FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE SIX MONTHS BEFORE THE ADVANCE OR CHARGE. CREDIT CARD BALANCES ARE NOT SUBJECT TO THE CREDIT LIFE AND CREDIT DISABILITY PRE-EXISTING MEDICAL CONDITION PROVISION.

# Membership Savings-XXXXXXX8100

## Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 11/01/2022 | **Beginning Balance** | **$1.00** | Annual Percentage Yield Earned | 0.00% |
| | 0 Credit(s) This Period | $0.00 | Interest Days | 30 |
| | 0 Debit(s) This Period | $0.00 | Interest Earned | $0.00 |
| 11/30/2022 | **Ending Balance** | **$1.00** | Interest Paid This Period | $0.00 |
| | | | Interest Paid Year-to-Date | $0.00 |
| | | | Minimum Balance | $1.00 |
| | | | Average Ledger Balance | $1.00 |

The second summary block is headed **Interest Summary** / Description / Amount.

## START EARNING MORE TODAY!

Earn an outstanding **3.50% APY** on our 6-Month Certificate of Deposit (CD). Only $500 minimum balance to open with a guaranteed rate of return. Call 913.905.7000 or go to **CommunityAmerica.com/CD** to open yours today.

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/01/2022 | **Beginning Balance** | | | **$1.00** |
| | No activity this statement period | | | |
| 11/30/2022 | **Ending Balance** | | | **$1.00** |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

## Interest Rate Changes

| Interest Rate As Of Date | Interest Rate |
|---|---|
| 11/01/2022 | 0.0250% |

# Cashback Checking-XXXXXXX1705

## Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 11/01/2022 | **Beginning Balance** | **$12,192.43** | Minimum Balance | $0.00 |
| | 3 Credit(s) This Period | $6,413.48 | Average Ledger Balance | $0.00 |
| | 58 Debit(s) This Period | $3,445.25 | | |
| 11/30/2022 | **Ending Balance** | **$15,160.66** | | |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/01/2022 | **Beginning Balance** | | | **$12,192.43** |
| 11/01/2022 | ACH Payment PAYPAL INSTANT TRANSFER - INST XFER | $64.99 | | $12,127.44 |
| 11/01/2022 | ACH Payment NATIONWIDE EDI - EDI PYMNTS | $106.32 | | $12,021.12 |
| 11/01/2022 | ACH Payment SERVICE LINE WAR BILL PAY SERVICE - BILL PAYMT | $5.08 | | $12,016.04 |
| 11/01/2022 | ACH Payment SPIRE 800-800-1598 - FIRSTECH | $51.09 | | $11,964.95 |
| 11/01/2022 | Descriptive Deposit Cashback Earned | | $7.50 | $11,972.45 |
| 11/02/2022 | Point Of Sale Withdrawal QT 156 RAYTOWN MOUS | $2.93 | | $11,969.52 |
| 11/03/2022 | Point Of Sale Withdrawal QT 156 RAYTOWN MOUS | $13.87 | | $11,955.65 |

# Cashback Checking-XXXXXXX1705 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/05/2022 | Point Of Sale Withdrawal MCDONALD'S F159 1421 PROSPECT AVE KANSAS CITY MOUS | $18.93 | | $11,936.72 |
| 11/07/2022 | Point Of Sale Withdrawal ANDY'S FROZEN CUSTASHAWNEE KSUS | $16.91 | | $11,919.81 |
| 11/07/2022 | ACH Payment PAYPAL INSTANT TRANSFER - INST XFER | $29.99 | | $11,889.82 |
| 11/07/2022 | Point Of Sale Withdrawal BIG LOTS STORES 420INDEPENDENCE MOUS | $41.83 | | $11,847.99 |
| 11/08/2022 | Point Of Sale Withdrawal ARBY'S 5004042 INDEPENDENCE MOUS | $11.04 | | $11,836.95 |
| 11/08/2022 | Point Of Sale Withdrawal CVS/PHARMACY # 8571--4750 Lees SuKansas City MOUS | $101.93 | | $11,735.02 |
| 11/09/2022 | Point Of Sale Withdrawal ARBY'S 5004042 INDEPENDENCE MOUS | $32.39 | | $11,702.63 |
| 11/09/2022 | Point Of Sale Withdrawal QT 264 OUTSIDE SHAWNEE KSUS | $72.23 | | $11,630.40 |
| 11/10/2022 | Point Of Sale Withdrawal HY-VEE INDEPENDENCEINDEPENDENCE MOUS | $73.96 | | $11,556.44 |
| 11/10/2022 | ACH Payment CITY OF KANSAS C WATER SERVICE DEPT - UTIL PAYMT | $328.45 | | $11,227.99 |
| 11/12/2022 | Point Of Sale Withdrawal DOLLAR GENERAL # DGRAYTOWN MOUS | $42.77 | | $11,185.22 |
| 11/12/2022 | Point Of Sale Withdrawal INTUIT * TURBOTAX CL.INTUIT.COM CAUS | $80.00 | | $11,105.22 |
| 11/12/2022 | Point Of Sale Withdrawal QT 235 LENEXA KSUS | $11.44 | | $11,093.78 |
| 11/14/2022 | Point Of Sale Withdrawal GOOGLE * FIBER 8Lv5Kg.co/helppay# CAUS | $70.00 | | $11,023.78 |
| 11/14/2022 | Point Of Sale Withdrawal MARGARITAS SW BLVD KANSAS CITY MOUS | $125.58 | | $10,898.20 |
| 11/15/2022 | ACH Deposit ORACLE AMERICA - SALARY | | $3,051.67 | $13,949.87 |
| 11/16/2022 | Point Of Sale Withdrawal VENMO* Visa Direct NYUS | $380.00 | | $13,569.87 |
| 11/17/2022 | Point Of Sale Withdrawal Amazon Prime* HB97V6Amzn.com/bill WAUS | $16.11 | | $13,553.76 |
| 11/17/2022 | ACH Payment PLANET FIT 816-420-0700 - CLUB FEES 816-420-0700 | $21.97 | | $13,531.79 |
| 11/17/2022 | Point Of Sale Withdrawal WMMH 800-6280241 NCUS | $14.99 | | $13,516.80 |
| 11/17/2022 | Point Of Sale Withdrawal McDonalds 5460 181-6353295 MOUS | $1.51 | | $13,515.29 |
| 11/17/2022 | Point Of Sale Withdrawal McDonalds 5460 181-6353295 MOUS | $11.68 | | $13,503.61 |
| 11/17/2022 | Point Of Sale Withdrawal PRICE CHOPPER # 8700 E 63RD ST KANSAS CITY MOUS | $185.12 | | $13,318.49 |
| 11/18/2022 | Point Of Sale Withdrawal 1 COMPKITC 8772807TROY MIUS | $4.65 | | $13,313.84 |
| 11/18/2022 | ACH Payment QUARTERLY FEE ACH TRANSACTION - PAYMENT | $250.00 | | $13,063.84 |
| 11/19/2022 | Point Of Sale Withdrawal QT 205 INDEPENDENCE MOUS | $14.12 | | $13,049.72 |
| 11/19/2022 | Point Of Sale Withdrawal QT 205 INDEPENDENCE MOUS | $3.46 | | $13,046.26 |
| 11/21/2022 | Point Of Sale Withdrawal CENEX KC MO PETR KANSAS CITY MOUS | $10.86 | | $13,035.40 |
| 11/21/2022 | Point Of Sale Withdrawal CENEX KC MO PETR KANSAS CITY MOUS | $2.58 | | $13,032.82 |
| 11/21/2022 | Point Of Sale Withdrawal FIREHOUSE SUBS 0484KANSAS CITY MOUS | $19.75 | | $13,013.07 |
| 11/21/2022 | Point Of Sale Withdrawal Wal-Mart Super 4553 WAL-SAMS KANSAS CITY MOUS | $15.11 | | $12,997.96 |
| 11/21/2022 | Point Of Sale Withdrawal WAL-MART #4553 11601 EAST US 40 HIKANSAS CITY MOUS | $12.60 | | $12,985.36 |
| 11/21/2022 | Point Of Sale Withdrawal PARADISE TANNING SA816-3538266 MOUS | $42.90 | | $12,942.46 |
| 11/21/2022 | ACH Payment PAYPAL INSTANT TRANSFER - INST XFER | $14.99 | | $12,927.47 |
| 11/22/2022 | Point Of Sale Withdrawal APPLE.COM/BILL 866-712-7753 CAUS | $2.83 | | $12,924.64 |



*Statement Ending 11/30/2022*

*Page 5 of 6*

## Cashback Checking-XXXXXXX1705 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/23/2022 | Point Of Sale Withdrawal TACO BELL #034400 SHAWNEE MISSI KSUS | $10.49 | | $12,914.15 |
| 11/23/2022 | Point Of Sale Withdrawal QT 156 OUTSIDE RAYTOWN MOUS | $43.30 | | $12,870.85 |
| 11/25/2022 | Point Of Sale Withdrawal FIREHOUSE SUBS 0484KANSAS CITY MOUS | $18.41 | | $12,852.44 |
| 11/25/2022 | Point Of Sale Withdrawal APPLE MARKET # 4300 BLUE RIDGE BLVKANSAS CITY MOUS | $220.10 | | $12,632.34 |
| 11/25/2022 | Point Of Sale Withdrawal ZOOM.US 888-799-966WWW.ZOOM.US CAUS | $14.99 | | $12,617.35 |
| 11/25/2022 | Point Of Sale Withdrawal APPLE.COM/BILL 800-275-2273 CAUS | $6.99 | | $12,610.36 |
| 11/25/2022 | Point Of Sale Withdrawal Caseys Pizza 3233 913-631-0091 KSUS | $33.31 | | $12,577.05 |
| 11/26/2022 | Point Of Sale Withdrawal WM SUPERCENTER Wal-Mart Super CentKANSAS CITY MOUS | $269.87 | | $12,307.18 |
| 11/26/2022 | Point Of Sale Withdrawal NETFLIX COM LOS GATOS CAUS | $15.49 | | $12,291.69 |
| 11/26/2022 | Point Of Sale Withdrawal HY-VEE INDEPENDE HYINDEPENDENCE MOUS | $46.56 | | $12,245.13 |
| 11/28/2022 | Point Of Sale Withdrawal QT 264 OUTSIDE SHAWNEE KSUS | $68.32 | | $12,176.81 |
| 11/28/2022 | Point Of Sale Withdrawal McDonalds 5460 181-6353295 MOUS | $7.67 | | $12,169.14 |
| 11/28/2022 | Point Of Sale Withdrawal Amazon.com* HW8XM3ULAmzn.com/bill WAUS | $39.80 | | $12,129.34 |
| 11/28/2022 | Point Of Sale Withdrawal WMMH 800-6280241 NCUS | $26.95 | | $12,102.39 |
| 11/28/2022 | Point Of Sale Withdrawal QT 264 SHAWNEE KSUS | $6.99 | | $12,095.40 |
| 11/28/2022 | Point Of Sale Withdrawal PIZZA HUT 004747 816-743-9112 MOUS | $28.44 | | $12,066.96 |
| 11/29/2022 | ACH Payment EVERGY MO WEST EVERGY MO WEST AUTOP - AUTOPAY | $243.66 | | $11,823.30 |
| 11/30/2022 | Point Of Sale Withdrawal APPLE.COM/BILL 408-974-1010 CAUS | $16.95 | | $11,806.35 |
| 11/30/2022 | ACH Deposit ORACLE AMERICA - SALARY | | $3,354.31 | $15,160.66 |
| **11/30/2022** | **Ending Balance** | | | **$15,160.66** |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $168.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

## High Interest Savings-XXXXXXX8101

| Account Summary | | | | Interest Summary | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Amount** | | **Description** | **Amount** |
| **11/01/2022** | **Beginning Balance** | **$0.02** | | Annual Percentage Yield Earned | 0.00% |
| | 0 Credit(s) This Period | $0.00 | | Interest Days | 30 |
| | 0 Debit(s) This Period | $0.00 | | Interest Earned | $0.00 |
| **11/30/2022** | **Ending Balance** | **$0.02** | | Interest Paid This Period | $0.00 |
| | | | | Interest Paid Year-to-Date | $0.08 |
| | | | | Minimum Balance | $0.02 |
| | | | | Average Ledger Balance | $0.02 |

# High Interest Savings-XXXXXXX8101 (continued)

**Account Activity**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/01/2022 | **Beginning Balance** | | | **$0.02** |
| | No activity this statement period | | | |
| 11/30/2022 | **Ending Balance** | | | **$0.02** |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Interest Rate Changes**

| Interest Rate As Of Date | Interest Rate |
|---|---|
| 11/01/2022 | 3.9290% |