## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | DAMON KYLE JONES | )   Case No. 22-41154-CAN |
| | Debtor | )   Chapter: 11 |

### AMENDED INITIAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION THROUGH MARCH 31, 2023

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to Damon Kyle Jones, the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $6605.00 and reimbursement of expenses in the amount of $120.36 for a total amount of $6725.36[1] incurred from September 14, 2022 through March 31, 2023, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code. In support of this Amended Application, WM Law respectfully represents as follows:

### BACKGROUND

1.      Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on August 6, 2021 (the "Petition Date").

2.      WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case. On September 14, 2021, this Court entered an order approving the Amended Motion to Employ WM Law as Counsel. (Doc. #24).

3.      WM Law's representation of Debtor is upon the fee basis set forward in the engagement letter - at the rate of $300.00 per hour for services by WM Law's attorneys and $125 per hour for paralegals.

4.      As of the filing of this Application, WM Law is holding the remaining balance of $1,382.34 in trust and would seek to apply this first to any fees and expenses approved under this motion.

5.      All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

### SUMMARY OF SERVICES RENDERED

---

[1] The Initial Fee Application filed as Doc. #55 on April 20, 2023 erroneously copied numbers from a different fee application. The correct billing statements and attachments were provided, but the numbers requested were significantly in error as a result of typographical errors. Counsel accepts full responsibility for this error, and apologies to all parties including the Court, the US Trustee, the Debtor, and creditors. The Debtor is not being charged for any work on this amended fee application.

6.      Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $6605.00 in attorney's fees and $120.36 in expenses for fee incurred from September 14, 2022 through March 30, 2023.  A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

## VALUATION OF SERVICES

7.      Attorneys and paraprofessionals of WM Law have expended a total of 31.6 hours in connection with this matter from September 14, 2022 through March 30, 2023, as fully set forth in the Summary Sheet attached hereto as **Exhibit C.**  The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from September 14, 2022 through March 30, 2023, in the amount of $6605.00 in attorney's fees and $120.36 in expenses.

8.      In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

## CASE STATUS

9.      No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10.     The source of compensation sought is from the income and assets of the bankruptcy estate.

11.     This Court denied final approval of the Debtor's Disclosure Statement and an Amended Disclosure Statement and Chapter 11 have been filed.  Debtor's Counsel is working on service of these new documents and work toward that effort will be addressed in a future fee application.

12.      WM Law certifies that it has provided a copy of this Application to Debtor for its review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from September 14, 2022 through March 30, 2023, in the amount of $6605.00 in attorney's fees and $120.36 in expenses for a total amount of $6725.36 attached hereto as Exhibit A, for his review.

        **WHEREFORE**, WM Law seeks approval of legal fees in the amount of $6605.00 in attorney's fees and $120.36 in expenses in expenses for a total amount of $6725.36 incurred from September 14, 2022 through March 30, 2023, and authorization to apply first the funds held in trust, in accordance with Title 11 of the United States Code.

Dated: May 27, 2023                 Respectfully submitted,
                                     WM Law

                                     /s/ Ryan A. Blay
                                     Ryan A. Blay, MO #KS001066; KS #28110
                                     15095 W. 116th St.
                                     Olathe, KS 66062
                                     Phone (913) 422-0909 / Fax (913) 428-8549
                                     blay@wagonergroup.com
                                     ATTORNEYS FOR DEBTOR DAMON KYLE JONES

## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

 [See attached mailing matrix]

                                     s/ Ryan A. Blay

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Damon Jones**
12915 E 58th st
Kansas City, MO 64133
Phone: (816) 401-1237
Email: damon_jones@hotmail.com

| Invoice Date | Invoice Number |
|---|---|
| 09/14/2022 | 10037 |
| Terms | Service Through |
| | 09/14/2022 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 9.10 hrs |
| **Total Labor** | $2,660.00 |
| **Total Expenses** | $1,738.00 |
| **Total Invoice Amount** | $4,398.00 |
| **Previous Balance** | $0.00 |
| **Balance (Amount Due)** | **$4,398.00** |

In Reference To: Chapter 11 Bankruptcy - Jones, Damon

### Labor

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/30/2022 | Ryan Blay | in-person meeting regarding filing for Chapter 11 bankruptcy and proposed plan | 1.00 | $ 300.00/hr | $300.00 |
| 09/01/2022 | Ryan M Graham | Meet with Damon Jones to discuss bankruptcy options. Discuss procedure and documents needed to file Chapter 11. | 1.80 | $ 300.00/hr | $540.00 |
| 09/02/2022 | Ryan Blay | review bank statements and paystubs provided by Mr. Jones | 0.70 | $ 300.00/hr | $210.00 |
| 09/02/2022 | Ryan M Graham | Call with Damon Jones and Ryan Blay to discuss plan of action for Chapter 11 Bankruptcy. | 0.30 | $ 300.00/hr | $90.00 |
| 09/06/2022 | Ryan Blay | reviewed Recorded Deed of Trust and updated paystubs | 0.30 | $ 300.00/hr | $90.00 |
| 09/06/2022 | Ryan Blay | Began drafting application to employ for first day motions | 0.50 | $ 300.00/hr | $150.00 |
| 09/09/2022 | Ryan Blay | signing meeting to prepare and review Chapter 11 petition and schedules | 3.00 | $ 300.00/hr | $900.00 |
| 09/14/2022 | Ryan Blay | updated schedules with additional information on fidelity and morgan stanley accounts, CACU bank accounts, and obtained update on status of 2020 and 2021 income tax returns. | 0.60 | $ 300.00/hr | $180.00 |
| 09/14/2022 | Ryan Blay | requested final updates from Mr. Jones on bank accounts and tax returns and prepared for Chapter 11 filing today | 0.50 | $ 300.00/hr | $150.00 |
| 09/14/2022 | Doug Sisson | preparation for Chapter 11 case filling | 0.40 | $ 125.00/hr | $50.00 |

Case 22-41154-can11    Doc 65    Filed 05/20/23    Entered 05/20/23 22:48:39    Desc Main
Document        Page 5 of 21

**In Reference To: Chapter 11 Bankruptcy - Jones, Damon**

**Expenses**

| Date | By | Expenses | Amount |
|------|-----|----------|--------|
| 09/14/2022 | Ryan Blay | Chapter 11 filing fee | $1,738.00 |

| | |
|---|---|
| **Total Hours** | 9.10 hrs |
| **Total Labor** | $2,660.00 |
| **Total Expenses** | $1,738.00 |
| **Total Amount** | $4,398.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com

 WM 🐝 LAW

**Damon Jones**
12915 E 58th st
Kansas City, MO 64133
Phone: (816) 401-1237
Email: damon_jones@hotmail.com

| Invoice Date | Invoice Number |
|---|---|
| 10/05/2022 | 10043 |
| **Terms** | **Service Through** |
| | 09/30/2022 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 2.40 hrs |
| **Total Labor** | $720.00 |
| **Total Invoice Amount** | $720.00 |
| **Previous Balance** | $4,398.00 |
| 10/5/2022  Payment - Trust Account A transfer in the amount of $2,660 Prefiling attorney Fees & Filing fee of $1,738 totaling $4,398. This was done in Sept 14 | ($4,398.00) |
| **Balance (Amount Due)** | **$720.00** |

**In Reference To: Chapter 11 Bankruptcy - Jones, Damon**

### Labor

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/20/2022 | Ryan Blay | e-mail to Mr. Jones in preparation of Thursday's initial debtor interview with information on debtor in possession bank accounts and list of recommended companies to seek out. | 0.40 | $ 300.00/hr | $120.00 |
| 09/22/2022 | Ryan Blay | initial debtor interview with US Trustee's office and Mr. Jones. Includes follow up on next steps - documents and amendments required | 1.30 | $ 300.00/hr | $390.00 |
| 09/29/2022 | Ryan Blay | edited application to employ and affidavit and e-mailed to US Trustee attorney for review | 0.40 | $ 300.00/hr | $120.00 |
| 09/29/2022 | Ryan Blay | correspondence with client regarding tax returns, Rule 2015-2 statements, and other preliminary matters | 0.30 | $ 300.00/hr | $90.00 |

| | | |
|---|---|---|
| **Total Hours** | | 2.40 hrs |
| **Total Labor** | | $720.00 |
| **Total Amount** | | $720.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Damon Jones**
12915 E 58th st
Kansas City, MO 64133
Phone: (816) 401-1237
Email: damon_jones@hotmail.com

| Invoice Date | Invoice Number |
|---|---|
| 11/01/2022 | 10052 |
| **Terms** | **Service Through** |
| | 10/31/2022 |

## Billing Summary

| | |
|---|---|
| Total Hours | 2.80 hrs |
| Total Labor | $630.00 |
| Total Expenses | $36.20 |
| Total Invoice Amount | $666.20 |
| Previous Balance | $720.00 |
| **Balance (Amount Due)** | **$1,386.20** |

**In Reference To: Chapter 11 Bankruptcy - Jones, Damon**

### Labor

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/10/2022 | Doug Sisson | Revised Application to Employ, had JLW sign Affidavit (prior signature too close to header for pleadings), filed, and served. | 0.50 | $ 125.00/hr | $62.50 |
| 10/20/2022 | Ryan Blay | Chapter 11 341 meeting of creditors with United States Trustee (via telephone) | 0.70 | $ 300.00/hr | $210.00 |
| 10/20/2022 | Ryan Blay | preparation for 341 meeting of creditors including communications with Mr. Jones to confirm appearance and prepare him for questions | 0.50 | $ 300.00/hr | $150.00 |
| 10/21/2022 | Doug Sisson | Filed Statement under Rule 2015-2(A) & Schedules I and J in Support of Statement under Rule 2015-2(B) | 0.20 | $ 125.00/hr | $25.00 |
| 10/21/2022 | Doug Sisson | Filed Motion for Waiver of Requirement for Debtor to use DIP Account; and served. Filed Notice Address Change for JP Morgan Chase (Claim #5) to match their Proof of Claim | 0.50 | $ 125.00/hr | $62.50 |
| 10/28/2022 | Ryan Blay | e-mail to client to check on status of taxes and other requested documents following 341 meeting of creditors | 0.40 | $ 300.00/hr | $120.00 |

**In Reference To: Chapter 11 Bankruptcy - Jones, Damon**

| Date | By | Expenses | | Amount |
|------|------|----------|---|--------|
| 10/10/2022 | Doug Sisson | Cost of Service of Amended Application to Employ and Affidavit | | $20.54 |
| 10/21/2022 | Doug Sisson | Cost of postage and service of Motion for Order for Waiver of Debtor using a DIP account on all creditors | | $15.66 |

| | | | |
|---|---|---|---|
| | | **Total Hours** | 2.80 hrs |
| | | **Total Labor** | $630.00 |
| | | **Total Expenses** | $36.20 |
| | | **Total Amount** | $666.20 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Damon Jones**
12915 E 58th st
Kansas City, MO 64133
Phone: (816) 401-1237
Email: damon_jones@hotmail.com

| Invoice Date | Invoice Number |
|---|---|
| 12/01/2022 | 10058 |
| **Terms** | **Service Through** |
| | 11/30/2022 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 5.50 hrs |
| **Total Labor** | $1,510.00 |
| **Total Expenses** | $32.00 |
| **Total Invoice Amount** | $1,542.00 |
| **Previous Balance** | $1,386.20 |
| **Balance (Amount Due)** | **$2,928.20** |

**In Reference To: Chapter 11 Bankruptcy - Jones, Damon**

## Labor

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/11/2022 | Ryan Blay | meeting with Mr. Jones to accept documents requested by US trustee including bank statements, tax returns, and others. We also met to prepare an amended schedule E/F and get a signed verification, sign 2020 tax returns which were faxed to the IRS, and prepared September 2022 monthly operating report for filing with US Trustee. Went over US Trustee quarterly fees and instructions on how to pay. | 3.20 | $ 300.00/hr | $960.00 |

| Date | | | | | |
|------|------|------|------|------|------|
| 11/11/2022 | Doug Sisson | Drafted: Amended Matrix, 2022-11-11.pdf, Amended Matrix (Text Entry), 2022-11-11.scn, Notice of Added Creditors, 2022-11-11.pdf Amended EF 2022-11-11.pdf Filed the same and served: POF Notice of Added Creditors, 2022-11-11.pdf POF Amended Matrix (Creditor Maintenance), 2022-11-11.pdf POF Amended Matrix, 2022-11-11.pdf POF Amended Schedule F, 2022-11-11.pdf POF Verification for amended EF 2022-11-11.pdf | 0.70 | $ 125.00/hr | $87.50 |
| 11/11/2022 | Doug Sisson | Filed Monthly Operating Report for 9/2022 and Bank Statement in Support | 0.10 | $ 125.00/hr | $12.50 |
| 11/23/2022 | Ryan Blay | meeting with Mr. Jones to prepare October MOR, discuss loan modification paperwork on home mortgage, discuss motion for relief from stay on truck, and discuss questions from US trustee for continued 341. also signed 2021 taxes for submission to IRS to address proof of claim. | 1.50 | $ 300.00/hr | $450.00 |

**In Reference To: Chapter 11 Bankruptcy - Jones, Damon**

**Expenses**

| Date | By | Expenses | Amount |
|------|------|----------|--------|
| 11/11/2022 | Doug Sisson | Paid Court Filing Fee of $32.00 for Added Creditors | $32.00 |

| | |
|---|---|
| **Total Hours** | 5.50 hrs |
| **Total Labor** | $1,510.00 |
| **Total Expenses** | $32.00 |
| **Total Amount** | $1,542.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



# WM LAW

**Damon Jones**
12915 E 58th st
Kansas City, MO 64133
Phone: (816) 401-1237
Email: damon_jones@hotmail.com

| Invoice Date | Invoice Number |
|---|---|
| 01/05/2023 | 10063 |
| **Terms** | **Service Through** |
| | 12/31/2022 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 3.90 hrs |
| **Total Labor** | $1,082.50 |
| **Total Invoice Amount** | $1,082.50 |
| **Previous Balance** | $2,928.20 |
| **Balance (Amount Due)** | **$4,010.70** |

**In Reference To: Chapter 11 Bankruptcy - Jones, Damon**

## Labor

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/2022 | Doug Sisson | Drafted Response to Motion for Relief on Chevy Colorado; had RAB approve, and filed. Filed Monthly Operating Report for 10/2022. | 0.50 | $ 125.00/hr | $62.50 |
| 12/09/2022 | Ryan Blay | correspondence with opposing counsel and with client to resolve motion for relief from stay on client's vehicle. agreement to reinstatement terms | 0.50 | $ 300.00/hr | $150.00 |
| 12/16/2022 | Ryan Blay | E-mail and call with Dao Pham at US Trustee's office regarding proposed amendments to october Monthly Operating Report. | 0.40 | $ 300.00/hr | $120.00 |
| 12/16/2022 | Ryan Blay | Call to SouthLaw (with follow-up email) to confirm details of resolution to Wells Fargo motion for relief from stay | 0.40 | $ 300.00/hr | $120.00 |

| 12/19/2022 | Ryan Blay | drafted November monthly operating report with client upon review of paychecks and bank statement | 1.20 | $ 300.00/hr | $360.00 |
|---|---|---|---|---|---|
| 12/27/2022 | Ryan Blay | review proposed order resolving relief from stay, e-mailed seeking payment instructions for cure payment. | 0.50 | $ 300.00/hr | $150.00 |
| 12/29/2022 | Ryan Blay | correspondence with client to advise regarding payment of cure to resolve motion for relief/adequate protection and payment instructions | 0.40 | $ 300.00/hr | $120.00 |

| | |
|---|---|
| **Total Hours** | 3.90 hrs |
| **Total Labor** | $1,082.50 |
| **Total Amount** | $1,082.50 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Damon Jones**
12915 E 58th st
Kansas City, MO 64133
Phone: (816) 401-1237
Email: damon_jones@hotmail.com

| Invoice Date | Invoice Number |
|---|---|
| 02/06/2023 | 10070 |
| **Terms** | **Service Through** |
| | 01/31/2023 |

### Billing Summary

| | |
|---|---|
| **Total Hours** | 2.60 hrs |
| **Total Labor** | $780.00 |
| **Total Invoice Amount** | $780.00 |
| **Previous Balance** | $4,010.70 |
| **Balance (Amount Due)** | **$4,790.70** |

**In Reference To: Chapter 11 Bankruptcy - Jones, Damon**

### Labor

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/2023 | Ryan Blay | e-mail exchange with Mr. Jones re Wells Fargo payments and recent health | 0.30 | $ 300.00/hr | $90.00 |
| 01/04/2023 | Ryan Blay | message from Mr. Jones regarding payment on truck and upcoming out of office time | 0.30 | $ 300.00/hr | $90.00 |
| 01/31/2023 | Ryan Blay | client meeting to receive bank statements and paystubs, prepare and sign December 2022 monthly operating report and discuss next steps to work on Chapter 11 plan | 2.00 | $ 300.00/hr | $600.00 |

| | | |
|---|---|---|
| **Total Hours** | | 2.60 hrs |
| **Total Labor** | | $780.00 |
| **Total Amount** | | $780.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Damon Jones**
12915 E 58th st
Kansas City, MO 64133
Phone: (816) 401-1237
Email: damon_jones@hotmail.com

| Invoice Date | Invoice Number |
| --- | --- |
| 03/01/2023 | 10076 |
| **Terms** | **Service Through** |
| | 02/28/2023 |

## Billing Summary

| | |
| --- | --- |
| **Total Hours** | 1.00 hrs |
| **Total Labor** | $300.00 |
| **Total Invoice Amount** | $300.00 |
| **Previous Balance** | $4,790.70 |
| **Balance (Amount Due)** | **$5,090.70** |

**In Reference To: Chapter 11 Bankruptcy - Jones, Damon**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 02/21/2023 | Ryan Blay | review Jan bank statement for MOR and begin formulation of Chapter 11 plan based on updated income since filing | 1.00 | $ 300.00/hr | $300.00 |

| | |
| --- | --- |
| **Total Hours** | 1.00 hrs |
| **Total Labor** | $300.00 |
| **Total Amount** | $300.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Damon Jones**
12915 E 58th st
Kansas City, MO 64133
Phone: (816) 401-1237
Email: damon_jones@hotmail.com

| Invoice Date | Invoice Number |
|---|---|
| 03/31/2023 | 10078 |
| **Terms** | **Service Through** |
| | 03/31/2023 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 13.40 hrs |
| **Total Labor** | $3,092.50 |
| **Total Expenses** | $62.16 |
| **Total Invoice Amount** | $3,154.66 |
| **Previous Balance** | $5,090.70 |
| **Balance (Amount Due)** | **$8,245.36** |

**In Reference To: Chapter 11 Bankruptcy - Jones, Damon**

### Labor

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/07/2023 | Ryan Blay | review previously confirmed individual chapter 11 plan and proofs of claim to formulate Chapter 11 plan and estimate payments in plan | 1.50 | $ 300.00/hr | $450.00 |
| 03/09/2023 | Ryan Blay | Drafting of Chapter 11 plan of reorganization | 3.00 | $ 300.00/hr | $900.00 |
| 03/15/2023 | Ryan Blay | met with client, okayed January 2023 operating report and prepared February 2023 operating report as well as finalized disclosure statement and plan for filing | 3.20 | $ 300.00/hr | $960.00 |

| Date | By | Description | Hours | Rate | Amount |
|------|-----|-------------|-------|------|--------|
| 03/15/2023 | Doug Sisson | Formatting revisions to Plan and Disclosure Statements; and filed those. Downloaded Proof of Claims and updated addresses for future service. Drafted drafting ballot summary based on Plan for forthcoming balloting. Combined Financial Statements for Monthly Operating REports for Jan and Feb 2023, redacted, and filed. Emailed copies of MORs to US Trustee. | 2.30 | $ 125.00/hr | $287.50 |
| 03/16/2023 | Ryan Blay | Discussion with Dao at the US Trustee's office regarding her questions on the January and February Monthly Operating Reports filed yesterday. I responded after reviewing bank statements and identified payments to Wells Fargo and NASB on pre-petition debt | 0.40 | $ 300.00/hr | $120.00 |
| 03/17/2023 | Doug Sisson | Service of Plan, Disclosure Statement & Court's Order and Notice (Doc. #49), and filed Certificate of Service. Drafted and served ballots. Drafted and filed COS on Ballots. | 1.50 | $ 125.00/hr | $187.50 |
| 03/22/2023 | Doug Sisson | Drafted 2nd round of ballots and served with Plan, Disclosure, and Amended Notice and Order for Deadlines (Doc. #50) | 1.50 | $ 125.00/hr | $187.50 |

**In Reference To: Chapter 11 Bankruptcy - Jones, Damon**

**Expenses**

| Date | By | Expenses | Amount |
|------|-----|----------|--------|
| 03/22/2023 | Doug Sisson | Cost of postage and service of Plan/Disclosure/Order and ballots | $62.16 |

| | |
|---|---|
| **Total Hours** | 13.40 hrs |
| **Total Labor** | $3,092.50 |
| **Total Expenses** | $62.16 |
| **Total Amount** | $3,154.66 |

# EXHIBIT B – NARRATIVE SUMMARY OF LEGAL SERVICES

Counsel advised Debtor on filing his bankruptcy petition under Chapter 11 of the Bankruptcy Code instead of Chapter 13.  Counsel then obtained court approval to serve as Debtor's Counsel.  The Section 341 Meeting of Creditors was held and concluded.

Debtor has a pending Chapter 11 Plan and a disclosure statement.  This Court has preliminarily approved the Debtor's disclosure statement, subject to an upcoming joint hearing on confirmation of the Plan and approval of the Disclosure Statement.  The Debtor is current on his monthly operating reports through the report due for the month of February 2023, and has begun, through counsel, receiving ballots on the proposed Chapter 11 Plan.

There are not yet any objections to confirmation of the Chapter 11 Plan.

# EXHIBIT C - Summary Sheet:  Attorney/Paralegal Time

Note:  Any instance in which more than one attorney worked on a particular matter has been assigned only to the primary attorney, thereby avoiding duplicate billing to the client.

Ryan A. Blay, Attorney.

Mr. Blay has over 15 years of bankruptcy experience and was the primary attorney on this matter, having previously worked on Chapter 11 and 12 cases.  He has spent 23.8 hours of time, from the date of filing (September 14, 2022) through March 31, 2023. working on every aspect of the case from start to the present.

Douglas Sisson, Paralegal.

Mr. Sisson has over 11 years' experience as a bankruptcy paralegal and is the primary paralegal on all complex reorganizations for the firm.  He spent 7.8 hours of billable time from the date of filing (September 14, 2022) through March 31, 2023

Label Matrix for local noticing
0866-4
Case 22-41154-can11
Western District of Missouri
Kansas City
Mon Oct 10 11:49:33 CDT 2022

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Apple Card - GS Bank USA
LOCKBOX 6112
POB 7247
Philadelphia PA 19170-0001

BARCLAYS BANK DELAWARE
PO Box 8803
Wilmington DE 19899-8803

Barclays Bank Delaware
125 S. West St.
Wilmington DE 19801-5014

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Internal Revenue Service
Centralized Insolvency Ops
Post Office Box 7346
Philadelphia PA 19101-7346

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Jackson County Collector
415 East 12th Street
Kansas City MO 64106-2706

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Michael Cox
12915 E. 58th St.
Kansas City MO 64133-3624

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

(p)NEBRASKA FURNITURE MART
ATTN LEGAL DEPT
PO BOX 3000
OMAHA NE 68103-3030

Nebraska Furniture Mart
PO BOX 3000
Omaha, NE 68103-3030

North American Savings Bank
12520 S. 71 Highway
Grandview MO 64030-1734

SYNCB/Amazon PLCC
PO Bos 965015
Orlando FL 32896-5015

Syncb/Amazon PLCC
4125 Windward Plaza
Alpharetta GA 30005-8738

Syncb/PPC
PO BOx 965005
Orlando FL 32896-5005

TD BANK USA/TARGET CREDIT
7000 TARGET PARKWAY N
MAIL STOP NCD-0450
Brooklyn Park MN 55445-4301

TD Bank USA/Target
3701 Wayzata Blvd
Minneapolis MN 55416-3440

The Glen Lake Homes Association, Inc.
c/o Jonathon S Zerr, Registered Agent
3304 NE Ralph Powell Rd.
Lees Summit MO 64064-2368

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
PO Box 130000
Raleigh NC 27605-1000

Wells Fargo Dealer Services
PO Box 1697
Credit Bureau Disputes
Winterville NC 28590-1697

Damon Kyle Jones
12915 E. 58th St.
Kansas City, MO 64133-3624

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Bank
PO Box 15316
Wilmington DE 19850-5316

JPMCB - Card Services
301 N Walnut St, Floor 09
Wilmington DE 19801-3935

MOHELA
633 Spirit Drive
Chesterfield MO 63005-0000

NEBRASKA FURNITURE MART
PO BOX 3456
Omaha NE 68103-0456

(d)Nebraska Furniture Mart
700 South 72nd St.
Omaha NE 68114-4697

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients      25
Bypassed recipients       1
Total                    26