**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| In re: | DAMON K. JONES | ) | Case No. 22-41154-can11 |
|---|---|---|---|
| | Debtor | ) | Chapter 11 (Voluntary) |

**CERTIFICATE OF SERVICE OF BALLOTS IN REFEENCE TO 1st AMENED CHAPTER 11 PLAN AND 1st AMENDED DISCLOSURE STATEMENT, AND NOTICE AND ORDER (DOC. NOS. 62, 63, & 69**

I, the undersigned Counsel for the above-captioned Debtor, hereby certifies that on **6/1/2023** true and correct copies of respective Ballots in reference to the 1st Amended Chapter 11 Plan and 1st Amended Disclosure Statement (Doc. Nos. 62 & 63), and the Court's Order & Notice (Doc. #69) were mailed to the parties as designated in the Ballot Summary outlined below, via US 1st Class postage prepaid, and further via email to all parties listing an email address below.

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|
| 1 | Costs and Administration expenses | N/a | N/a | **N/a** |
| 2 | **Wells Fargo Bank d.b.a. Wells Fargo Auto** PO Box 130000 Raleigh NC 27605 BKChapter13@WellsFargo.com  Amount Claimed: $29,711.57 | 3-1 | Yes | |
| 3 | **Nebraska Furniture Mart** PO BOX 3000 Omaha, NE 68103 Shannon.powers@nfm.com  Amount Claimed: $1,243.87 | 1-1 | Yes | |
| 4 | **Internal Revenue Service** Centralized Insolvency Ops Post Office Box 7346 Philadelphia PA 19101-7346 Pamela.Y.Nix@irs.gov  Amount Claimed: $11,578.50 (Priority) | 2-4 | Yes | |
| 5 | **North American Savings Bank, F.S.B.** c/o Armstrong Teasdale LLP Pamela R. Putnam 2345 Grand Blvd., Suite 1500 Kansas City, MO 64108 pputnam@atllp.com  Amount claimed: $189,427.93 | 10-1 | Yes | |

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|
| 6 | **ECMC** <br> PO BOX 16408 <br> ST. PAUL, MN 55116-0408 <br> bankruptcydept@ecmc.org <br><br> Amount claimed: $63,580.00 | 9-1 | Yes | |
| 7 | **Nebraska Furniture Mart** <br> PO BOX 3000 <br> Omaha, NE 68103 <br> Shannon.powers@nfm.com <br><br> Amount Claimed: $1243.87 | 1-1 | Yes | |
| 7 | **Internal Revenue Service** <br> Post Office Box 7346 <br> Philadelphia PA 19101-7346 <br> Pamela.Y.Nix@irs.gov <br><br> Amount Claimed: $2,375.74 (Unsecured) | 2-4 | Yes | |
| 7 | **Ashley Funding Services, LLC** <br> C/o Resurgent Capital Services <br> PO Box 10587 <br> Greenville, SC 29603-0587 <br> askbk@resurgent.com <br><br> Amount claimed: $120.65 | 8-1 | Yes | |
| 7 | **Discover Bank** <br> Discover Products Inc <br> PO Box 3025 <br> New Albany, OH 43054-3025 <br> mrdiscpc@discover.com <br><br> Amount claimed: $6,357.69 | 4-1 | Yes | |
| 7 | **Synchrony Bank** <br> c/o PRA Receivables Management, LLC <br> PO Box 41021 <br> Norfolk VA 23541 <br> Claims_RMSC@PRAGroup.com <br><br> Amount claimed: $1,755.05 | 7-1 | Yes | |
| 7 | **Synchrony Bank** <br> c/o PRA Receivables Management, LLC <br> PO Box 41021 <br> Norfolk VA 23541 <br> Claims_RMSC@PRAGroup.com <br><br> Amount claimed: $1,471.67 | 6-1 | Yes | |

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|
| 7 | **JPMorgan Chase Bank, N.A.** c/o Robertson, Anschutz, Schneid, et al 6409 Congress Avenue, Suite 100 Boca Raton, FL 33487 ChasePOCNotification@rasflaw.com <br><br> Amount claimed: $8,415.21 | 5-1 | Yes | |

Dated: June 1, 2023     Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR