# UNITED STATES BANKRUPTCY COURT

## WESTERN   DISTRICT OF   MISSOURI

In Re. Damon Kyle Jones

§
§
§
§

_____
Debtor(s)

Case No.  22-41154

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2023

Petition Date: 09/14/2022

Months Pending: 9

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐     Statement of cash receipts and disbursements
☐     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐     Statement of operations (profit or loss statement)
☐     Accounts receivable aging
☐     Postpetition liabilities aging
☐     Statement of capital assets
☐     Schedule of payments to professionals
☐     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Damon Kyle Jones
_____
Signature of Responsible Party

06/12/2023
_____
Date

Damon Kyle Jones
_____
Printed Name of Responsible Party

12915 E. 58th St, Kansas City, MO 64133
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)          1

Debtor's Name  Damon Kyle Jones                                                    Case No.  22-41154

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $17,462 | |
| b. Total receipts (net of transfers between accounts) | $6,176 | $66,181 |
| c. Total disbursements (net of transfers between accounts) | $10,818 | $61,511 |
| d. Cash balance end of month (a+b-c) | $12,821 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $10,818 | $61,511 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                                    2

Debtor's Name  Damon Kyle Jones                                                                     Case No.  22-41154

## Part 5:  Professional Fees and Expenses

|     |     |     | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|-----|-----|-----|---|---|---|---|
| a.  | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
|     | *Itemized Breakdown by Firm* | | | | | |
|     | Firm Name | Role | | | | |
| i   | WM Law | Lead Counsel | | | | |
| ii  | | | | | | |
| iii | | | | | | |
| iv  | | | | | | |
| v   | | | | | | |
| vi  | | | | | | |
| vii | | | | | | |
| viii| | | | | | |
| ix  | | | | | | |
| x   | | | | | | |
| xi  | | | | | | |
| xii | | | | | | |
| xiii| | | | | | |
| xiv | | | | | | |
| xv  | | | | | | |
| xvi | | | | | | |
| xvii| | | | | | |
| xviii| | | | | | |
| xix | | | | | | |
| xx  | | | | | | |
| xxi | | | | | | |
| xxii| | | | | | |
| xxiii| | | | | | |
| xxiv| | | | | | |
| xxv | | | | | | |
| xxvi| | | | | | |
| xxvii| | | | | | |
| xxviii| | | | | | |
| xxix| | | | | | |
| xxx | | | | | | |
| xxxi| | | | | | |
| xxxii| | | | | | |
| xxxiii| | | | | | |
| xxxiv| | | | | | |
| xxxv| | | | | | |
| xxxvi| | | | | | |

Debtor's Name  Damon Kyle Jones                                           Case No.  22-41154

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name  Damon Kyle Jones                                                Case No.  22-41154

|   | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                                         5

Debtor's Name  Damon Kyle Jones                                          Case No.  22-41154

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                    6

Debtor's Name  Damon Kyle Jones                                                                    Case No.  22-41154

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Damon Kyle Jones                                                    Case No.  22-41154

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◯  No ⦿

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ◯  No ⦿

c. Were any payments made to or on behalf of insiders?    Yes ◯  No ⦿

d. Are you current on postpetition tax return filings?    Yes ⦿  No ◯

e. Are you current on postpetition estimated tax payments?    Yes ⦿  No ◯

f. Were all trust fund taxes remitted on a current basis?    Yes ⦿  No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◯  No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ◯  No ◯  N/A ⦿

i. Do you have:    Worker's compensation insurance?    Yes ◯  No ⦿

   If yes, are your premiums current?    Yes ◯  No ◯  N/A ⦿  (if no, see Instructions)

   Casualty/property insurance?    Yes ⦿  No ◯

   If yes, are your premiums current?    Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

   General liability insurance?    Yes ⦿  No ◯

   If yes, are your premiums current?    Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ⦿  No ◯

k. Has a disclosure statement been filed with the court?    Yes ⦿  No ◯

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿  No ◯

UST Form 11-MOR (12/01/2021)                    8

Debtor's Name Damon Kyle Jones  Case No. 22-41154

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $11,346 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $108 |
| d. | Total income in the reporting period (a+b+c) | $11,453 |
| e. | Payroll deductions | $5,277 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $10,818 |
| i. | Total expenses in the reporting period (e+f+g+h) | $16,095 |
| j. | Difference between total income and total expenses (d-i) | $-4,642 |
| k. | List the total amount of all postpetition debts that are past due | $9,513 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Damon Kyle Jones

Signature of Responsible Party

Debtor

Title

Damon Kyle Jones

Printed Name of Responsible Party

06/12/2023

Date

Debtor's Name  Damon Kyle Jones                                    Case No.  22-41154



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Damon Kyle Jones                                                    Case No.  22-41154



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                                    11

Debtor's Name Damon Kyle Jones                                          Case No. 22-41154



PageThree



PageFour



**Community America**
CREDIT UNION

**9777 Ridge Road**
**Lenexa, KS 66219**

**RETURN SERVICE REQUESTED**

DAMON K JONES
12915 E 58TH ST
KANSAS CITY MO 64133-3624

## *Statement Ending 05/31/2023*

*Page 1 of 8*

### *Managing Your Accounts*

| | | |
|---|---|---|
| 💻 | Online | CommunityAmerica.com |
| 📱 | Phone | 913.905.7000 or 800.892.7957 |
| ✉️ | Mail Address | PO Box 15950 Lenexa, KS 66285-5950 |

## Maximize your savings for the rest of 2023 with a **2.25% APY**[1] **Locked-Rate** Money Market account



Start earning more.



1 - Locked-Rate Money Market. APY = Annual Percentage Yield. Rates effective as of 5/1/2023. Locked Rate Money Market balances $0 and above will receive 2.25% APY through 12/31/2023. Assumes dividends are reinvested and the rate continues for a year. Fees listed on the Fee Schedule could reduce earnings on the account. You may forfeit dividends/interest if you close any dividend or interest-bearing account before accrued dividends/interest is credited. All dividends and/or interest are calculated using the daily balance method and are compounded daily and credited on the last day of each month. This account requires a $1,000 minimum opening deposit. This account is subject to a $10 monthly fee if its balance falls below $1,000 at any time. On 1/1/2024, this account converts to a Money Market Savings account and becomes subject to applicable tiers, dividend rates and APYs for the Money Market Savings account at that time. Money Market Savings rates are variable and may change without notice. You must maintain the minimum daily balance required to earn the applicable APY. The following balance tiers and APYs are accurate for the Money Market Savings as of 5/31/2023: Under $10,000: 0.25%; $10,000 to $24,999.99: 0.30%; $25,000 to $49,999.99: 0.35%; $50,000 to $99,999.99: 0.40%; $100,000 to $149,999.99: 0.45%; $150,000 to $249,999.99: 0.50%; $250,000 to $499,999.99: 0.55%; $500,000 and above: 0.60%

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Membership Savings | XXXXXXX8100 | $8,001.28 |
| Cashback Checking | XXXXXXX1705 | $4,819.63 |
| High Interest Savings | XXXXXXX8101 | $0.02 |
| **Total Current Value** | | **$12,820.93** |



**NCUA**
National Credit Union Administration, a U.S. Government Agency

Federally Insured by NCUA

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
**FOR CONSUMER ACCOUNTS:**
Call 800.892.7957 or write to PO Box 15950, Lenexa, KS 66285-5950 as soon as you can, if you think your statement or receipt is wrong or if you need more information or have a question about an electronic fund transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**FOR COMMERCIAL ACCOUNTS:**
Refer to your Commercial Services Master Agreement or your Business Membership and Account Agreement.

**CREDIT INSURANCE NOTICE**
Credit Life and Credit Disability Insurance Certificate holders are required by California law to be advised of the following: THIS INSURANCE MAY NOT COVER AN ADVANCE OR CHARGE UNDER YOUR CREDIT LINE IF YOUR DISABILITY OR DEATH RESULTS FROM A CONDITION FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE SIX MONTHS BEFORE THE ADVANCE OR CHARGE. CREDIT CARD BALANCES ARE NOT SUBJECT TO THE CREDIT LIFE AND CREDIT DISABILITY PRE-EXISTING MEDICAL CONDITION PROVISION.



**Community America**
CREDIT UNION®

# Say Peace Out to Paper Statements

Enroll in eStatements today in Online Banking by clicking on the **Statements/Notices tab.**

## Membership Savings-XXXXXXX8100

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/30/2023 | **Beginning Balance** | **$11,001.08** |
| | 1 Credit(s) This Period | $0.20 |
| | 1 Debit(s) This Period | $3,000.00 |
| 05/31/2023 | **Ending Balance** | **$8,001.28** |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.03% |
| Interest Days | 32 |
| Interest Earned | $0.20 |
| Interest Paid This Period | $0.20 |
| Interest Paid Year-to-Date | $0.28 |
| Minimum Balance | $8,001.08 |
| Average Ledger Balance | $9,126.08 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/30/2023 | **Beginning Balance** | | | **$11,001.08** |
| 05/12/2023 | Withdrawal Internet Transfer TO : XXXX1705 | $3,000.00 | | $8,001.08 |
| 05/31/2023 | Credit Interest | | $0.20 | $8,001.28 |
| 05/31/2023 | **Ending Balance** | | | **$8,001.28** |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Interest Rate Changes

| Interest Rate As Of Date | Interest Rate |
|---|---|
| 04/30/2023 | 0.0250% |

## Cashback Checking-XXXXXXX1705

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 04/30/2023 | **Beginning Balance** | **$6,461.21** | Minimum Balance | $0.00 |
| | 5 Credit(s) This Period | $9,176.14 | Average Ledger Balance | $0.00 |
| | 122 Debit(s) This Period | $10,817.72 | | |
| 05/31/2023 | **Ending Balance** | **$4,819.63** | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/30/2023 | **Beginning Balance** | | | **$6,461.21** |
| 05/01/2023 | Point Of Sale Withdrawal APPLE.COM/BILL 408-974-1010 CAUS | $10.99 | | $6,450.22 |
| 05/01/2023 | Point Of Sale Withdrawal FRESH DONUTS KANSAS CITY MOUS | $16.20 | | $6,434.02 |
| 05/01/2023 | Point Of Sale Withdrawal Amazon Music* HM93X1888-802-3080 WAUS | $4.99 | | $6,429.03 |
| 05/01/2023 | NOW Deposit Zelle 800-892-7957 | | $100.00 | $6,529.03 |

## Cashback Checking-XXXXXXX1705 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/01/2023 | Point Of Sale Withdrawal APPLE.COM/BILL 866-712-7753 CAUS | $42.99 | | $6,486.04 |
| 05/01/2023 | ACH Payment EVERGY MO WEST EVERGY MO WEST AUTOP - AUTOPAY | $216.67 | | $6,269.37 |
| 05/01/2023 | ACH Payment NATIONWIDE EDI - EDI PYMNTS | $137.32 | | $6,132.05 |
| 05/01/2023 | ACH Payment SERVICE LINE WAR BILL PAY SERVICE - BILL PAYMT | $5.08 | | $6,126.97 |
| 05/01/2023 | ACH Payment PAYPAL INSTANT TRANSFER - INST XFER | $5.00 | | $6,121.97 |
| 05/01/2023 | Point Of Sale Withdrawal QT 264 SHAWNEE KSUS | $4.98 | | $6,116.99 |
| 05/01/2023 | Point Of Sale Withdrawal GRUNAUER KANSAS CITY MOUS | $155.42 | | $5,961.57 |
| 05/02/2023 | ACH Payment PAYPAL INSTANT TRANSFER - INST XFER | $72.99 | | $5,888.58 |
| 05/02/2023 | Descriptive Deposit Cashback Earned | | $7.50 | $5,896.08 |
| 05/02/2023 | Point Of Sale Withdrawal HY-VEE INDEPENDE HYINDEPENDENCE MOUS | $19.28 | | $5,876.80 |
| 05/02/2023 | Point Of Sale Withdrawal HY-VEE INDEPENDE HYINDEPENDENCE MOUS | $108.83 | | $5,767.97 |
| 05/03/2023 | Point Of Sale Withdrawal McDonalds 31441 181-6358432 MOUS | $9.20 | | $5,758.77 |
| 05/03/2023 | Point Of Sale Withdrawal CVS/PHARMACY #08430INDEPENDENCE MOUS | $61.87 | | $5,696.90 |
| 05/03/2023 | Point Of Sale Withdrawal ANDYS FROZEN CUSTARINDEPENDENCE MOUS | $10.70 | | $5,686.20 |
| 05/04/2023 | Point Of Sale Withdrawal HOMEGOODS 0053 257 LIBERTY MOUS | $121.33 | | $5,564.87 |
| 05/04/2023 | ACH Payment PAYPAL 230503PPZ1SD - INST XFER | $3.50 | | $5,561.37 |
| 05/04/2023 | ACH Payment PAYPAL 230503PPZ1SC - INST XFER | $5.99 | | $5,555.38 |
| 05/04/2023 | Point Of Sale Withdrawal QT 151 LIBERTY MOUS | $17.95 | | $5,537.43 |
| 05/05/2023 | Point Of Sale Withdrawal SEGPAY.COM * SKYLIN8664504000 WYUS | $6.99 | | $5,530.44 |
| 05/05/2023 | Point Of Sale Withdrawal VALERO 6509 RAYTOWN RD RAYTOWN MOUS | $30.17 | | $5,500.27 |
| 05/05/2023 | ACH Payment PAYPAL INSTANT TRANSFER - INST XFER | $29.99 | | $5,470.28 |
| 05/05/2023 | Point Of Sale Withdrawal SWIFT SHINE CAR WASKANSAS CITY MOUS | $20.00 | | $5,450.28 |
| 05/05/2023 | Point Of Sale Withdrawal WHATABURGER 1211 INDEPENDANCE MOUS | $13.65 | | $5,436.63 |
| 05/06/2023 | Point Of Sale Withdrawal QT 202 OUTSIDE INDEPENDENCE MOUS | $56.08 | | $5,380.55 |
| 05/06/2023 | Point Of Sale Withdrawal QT 202 INDEPENDENCE MOUS | $17.48 | | $5,363.07 |
| 05/06/2023 | Point Of Sale Withdrawal COSTCO WHSE #0373 INDEPENDENCE MOUS | $184.96 | | $5,178.11 |
| 05/06/2023 | Point Of Sale Withdrawal VENMO* Visa Direct NYUS | $60.00 | | $5,118.11 |
| 05/06/2023 | Point Of Sale Withdrawal VENMO* Visa Direct NYUS | $10.00 | | $5,108.11 |
| 05/08/2023 | Point Of Sale Withdrawal MNRD-INDEPNDENC 410INDEPENDENCE MOUS | $313.29 | | $4,794.82 |
| 05/08/2023 | ACH Payment PAYPAL INSTANT TRANSFER - INST XFER | $6.99 | | $4,787.83 |
| 05/08/2023 | Point Of Sale Withdrawal QT 152 INDEPENDENCE MOUS | $1.69 | | $4,786.14 |
| 05/08/2023 | Point Of Sale Withdrawal QT 202 INDEPENDENCE MOUS | $13.56 | | $4,772.58 |
| 05/09/2023 | Point Of Sale Withdrawal HY-VEE INDEPENDE HYINDEPENDENCE MOUS | $100.25 | | $4,672.33 |
| 05/09/2023 | Point Of Sale Withdrawal FURNITURE DEALS KAN913-3123325 MOUS | $1,430.73 | | $3,241.60 |
| 05/09/2023 | ACH Payment ATT - Payment | $146.97 | | $3,094.63 |
| 05/09/2023 | Point Of Sale Withdrawal PANDA EXPRESS #3080INDEPENDENCE MOUS | $27.23 | | $3,067.40 |
| 05/09/2023 | Point Of Sale Withdrawal APPLE.COM/BILL 866-712-7753 CAUS | $5.99 | | $3,061.41 |
| 05/09/2023 | Point Of Sale Withdrawal COSTCO WHSE #0375 KANSAS CITY MOUS | $192.21 | | $2,869.20 |



*Statement Ending 05/31/2023*

*Page 5 of 8*

## Cashback Checking-XXXXXX1705 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/09/2023 | Point Of Sale Withdrawal COSTCO WHSE #0375 KANSAS CITY MOUS | $2.79 | | $2,866.41 |
| 05/09/2023 | Point Of Sale Withdrawal APPLE MARKET #1 11501 E. 63RD STREERAYTOWN MOUS | $106.05 | | $2,760.36 |
| 05/10/2023 | ACH Payment WELLS FARGO DEAL BILL PAY SERVICE - BILL PAYMT | $585.56 | | $2,174.80 |
| 05/10/2023 | Point Of Sale Withdrawal BIG BOY BURGERS INDEPENDENCE MOUS | $4.54 | | $2,170.26 |
| 05/10/2023 | Check 9119 | $1,825.33 | | $344.93 |
| 05/10/2023 | Point Of Sale Withdrawal HAPPY HEAD HTTPSWWW.HAPP CAUS | $39.50 | | $305.43 |
| 05/11/2023 | Point Of Sale Withdrawal Audible* N29CT7K03 Amzn.com/bill NJUS | $14.95 | | $290.48 |
| 05/12/2023 | Point Of Sale Withdrawal SEGPAY.COM * SKYLIN8664504000 WYUS | $6.99 | | $283.49 |
| 05/12/2023 | ACH Payment CITY OF KANSAS C WATER SERVICE DEPT - UTIL PAYMT | $163.57 | | $119.92 |
| 05/12/2023 | ACH Payment PAYPAL INSTANT TRANSFER - INST XFER | $15.99 | | $103.93 |
| 05/12/2023 | Point Of Sale Withdrawal QT 156 RAYTOWN MOUS | $6.09 | | $97.84 |
| 05/12/2023 | Deposit Internet Transfer FROM: XXXX8100 | | $3,000.00 | $3,097.84 |
| 05/12/2023 | Point Of Sale Withdrawal DILLARDS 323 IN 18805 EAST 39TH STRINDEPENDENCE MOUS | $164.21 | | $2,933.63 |
| 05/13/2023 | Point Of Sale Withdrawal WALGREENS STORE 384KANSAS CITY MOUS | $79.46 | | $2,854.17 |
| 05/13/2023 | Point Of Sale Withdrawal BUCKLE #121 INDEPENDENCE MOUS | $83.97 | | $2,770.20 |
| 05/13/2023 | Point Of Sale Withdrawal GOOGLE * FIBER CQFWHg.co/helppay# CAUS | $70.00 | | $2,700.20 |
| 05/13/2023 | Point Of Sale Withdrawal APPLE.COM/BILL 866-712-7753 CAUS | $5.99 | | $2,694.21 |
| 05/15/2023 | Point Of Sale Withdrawal BURGER KING #4096 INDEPENDENCE MOUS | $8.05 | | $2,686.16 |
| 05/15/2023 | Point Of Sale Withdrawal TOPSYS POPCORN - ININDEPENDENCE MOUS | $14.12 | | $2,672.04 |
| 05/15/2023 | ACH Deposit ORACLE AMERICA - SALARY | | $3,034.32 | $5,706.36 |
| 05/15/2023 | Point Of Sale Withdrawal HY-VEE INDEPENDE HYINDEPENDENCE MOUS | $229.31 | | $5,477.05 |
| 05/15/2023 | Point Of Sale Withdrawal PIZZA HUT 004747 https://ipcha MOUS | $25.66 | | $5,451.39 |
| 05/16/2023 | Point Of Sale Withdrawal BRIO-COUNTRY CLUB KANSAS CITY MOUS | $86.26 | | $5,365.13 |
| 05/16/2023 | Point Of Sale Withdrawal QT 205 OUTSIDE INDEPENDENCE MOUS | $55.35 | | $5,309.78 |
| 05/17/2023 | Point Of Sale Withdrawal Amazon Prime* HK8EA1Amzn.com/bill WAUS | $16.11 | | $5,293.67 |
| 05/17/2023 | ACH Payment PLANET FIT 816-420-0700 - CLUB FEES 816-420-0700 | $21.97 | | $5,271.70 |
| 05/17/2023 | Point Of Sale Withdrawal TST* Grinders - SA Kansas City MOUS | $25.84 | | $5,245.86 |
| 05/17/2023 | Point Of Sale Withdrawal QT 205 INDEPENDENCE MOUS | $10.31 | | $5,235.55 |
| 05/18/2023 | Point Of Sale Withdrawal MNRD-INDEPNDENC 410INDEPENDENCE MOUS | $79.85 | | $5,155.70 |
| 05/18/2023 | Point Of Sale Withdrawal QT 152 INDEPENDENCE MOUS | $7.54 | | $5,148.16 |
| 05/19/2023 | Point Of Sale Withdrawal SEGPAY.COM * SKYLIN8664504000 WYUS | $6.99 | | $5,141.17 |
| 05/19/2023 | ACH Payment PAYPAL INSTANT TRANSFER - INST XFER | $19.99 | | $5,121.18 |
| 05/19/2023 | Point Of Sale Withdrawal QT 205 INDEPENDENCE MOUS | $17.07 | | $5,104.11 |

# Cashback Checking-XXXXXXX1705 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/19/2023 | Check 1225 | $425.94 | | $4,678.17 |
| 05/20/2023 | Point Of Sale Withdrawal BURLINGTON STORES 5SHAWNEE MSN KSUS | $207.67 | | $4,470.50 |
| 05/22/2023 | Point Of Sale Withdrawal CARGO LARGO 13900 E. 35TH STREEINDEPENDENCE MOUS | $177.31 | | $4,293.19 |
| 05/22/2023 | Point Of Sale Withdrawal DEALS THRIFT MART 1INDEPENDENCE MOUS | $26.78 | | $4,266.41 |
| 05/22/2023 | Point Of Sale Withdrawal APPLE.COM/BILL 866-712-7753 CAUS | $5.99 | | $4,260.42 |
| 05/22/2023 | ATM Withdrawal 7ELEVEN-FC 12333 EAST US HWY 4INDEPENDENCE MOUS | $100.00 | | $4,160.42 |
| 05/22/2023 | Point Of Sale Withdrawal MCDONALD'S F10823 SHAWNEE KSUS | $8.76 | | $4,151.66 |
| 05/22/2023 | Point Of Sale Withdrawal PARADISE TANNING SA816-3538266 MOUS | $42.90 | | $4,108.76 |
| 05/22/2023 | Point Of Sale Withdrawal VALERO 6509 RAYTOWN RD RAYTOWN MOUS | $24.55 | | $4,084.21 |
| 05/22/2023 | Point Of Sale Withdrawal BIG BOY BURGERS INDEPENDENCE MOUS | $12.59 | | $4,071.62 |
| 05/22/2023 | Point Of Sale Withdrawal QT 153 NORTH KANSAS MOUS | $15.40 | | $4,056.22 |
| 05/22/2023 | Point Of Sale Withdrawal APPLE.COM/BILL 866-712-7753 CAUS | $2.99 | | $4,053.23 |
| 05/23/2023 | Point Of Sale Withdrawal HY-VEE F&F INDEP HYINDEPENDENCE MOUS | $29.14 | | $4,024.09 |
| 05/23/2023 | Point Of Sale Withdrawal TACO BELL 037215 KANSAS CITY MOUS | $20.25 | | $4,003.84 |
| 05/24/2023 | Point Of Sale Withdrawal Wal-Mart Super 1094 WAL-SAMS RAYTOWN MOUS | $202.85 | | $3,800.99 |
| 05/24/2023 | Point Of Sale Withdrawal APPLE.COM/BILL 866-712-7753 CAUS | $51.98 | | $3,749.01 |
| 05/25/2023 | Point Of Sale Withdrawal QT 156 OUTSIDE RAYTOWN MOUS | $49.78 | | $3,699.23 |
| 05/25/2023 | Point Of Sale Withdrawal BURGER KING #4096 INDEPENDENCE MOUS | $9.15 | | $3,690.08 |
| 05/25/2023 | Point Of Sale Withdrawal APPLE.COM/BILL 800-275-2273 CAUS | $39.99 | | $3,650.09 |
| 05/25/2023 | Point Of Sale Withdrawal APPLE MARKET #1 11501 E. 63RD STREERAYTOWN MOUS | $137.15 | | $3,512.94 |
| 05/25/2023 | Point Of Sale Withdrawal QT 156 RAYTOWN MOUS | $6.17 | | $3,506.77 |
| 05/25/2023 | Point Of Sale Withdrawal Wal-Mart Super 1094 WAL-SAMS RAYTOWN MOUS | $168.54 | | $3,338.23 |
| 05/26/2023 | Point Of Sale Withdrawal RAYTOWN SHORT STOP RAYTOWN MOUS | $12.35 | | $3,325.88 |
| 05/26/2023 | Point Of Sale Withdrawal SEGPAY.COM * SKYLIN8664504000 WYUS | $6.99 | | $3,318.89 |
| 05/26/2023 | ACH Payment PAYPAL INSTANT TRANSFER - INST XFER | $89.99 | | $3,228.90 |
| 05/26/2023 | Point Of Sale Withdrawal NETFLIX COM LOS GATOS CAUS | $15.49 | | $3,213.41 |
| 05/26/2023 | Point Of Sale Withdrawal DOUGHBOY RAYTOWN MOUS | $8.65 | | $3,204.76 |
| 05/26/2023 | Point Of Sale Withdrawal ESPN Plus 800-7271800 NYUS | $9.99 | | $3,194.77 |
| 05/26/2023 | Point Of Sale Withdrawal HY-VEE INDEPENDE HYINDEPENDENCE MOUS | $62.37 | | $3,132.40 |
| 05/26/2023 | Point Of Sale Withdrawal HY-VEE INDEPENDE HYINDEPENDENCE MOUS | $199.97 | | $2,932.43 |
| 05/27/2023 | Point Of Sale Withdrawal Amazon.com* 9U7DP4KSAmzn.com/bill WAUS | $40.83 | | $2,891.60 |
| 05/30/2023 | Point Of Sale Withdrawal APPLE.COM/BILL 866-712-7753 CAUS | $5.99 | | $2,885.61 |
| 05/30/2023 | Point Of Sale Withdrawal KOHL'S #0472 LEE'S SUMMIT MOUS | $77.34 | | $2,808.27 |
| 05/30/2023 | Point Of Sale Withdrawal TARGET 00013LEES SUMMIT MOUS | $49.94 | | $2,758.33 |
| 05/30/2023 | Point Of Sale Withdrawal WMMH 800-6280241 NCUS | $29.95 | | $2,728.38 |



**Statement Ending 05/31/2023**

*Page 7 of 8*

## Cashback Checking-XXXXXXX1705 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/30/2023 | Point Of Sale Withdrawal CASEYS #1073 103 RTHALLSVILLE MOUS | $29.71 | | $2,698.67 |
| 05/30/2023 | Point Of Sale Withdrawal ANDYS FROZEN CUSTARINDEPENDENCE MOUS | $9.63 | | $2,689.04 |
| 05/30/2023 | Point Of Sale Withdrawal MNRD-QUINCY 936 NORQUINCY ILUS | $142.80 | | $2,546.24 |
| 05/30/2023 | Point Of Sale Withdrawal Dicks Sporting GoodQuincy ILUS | $77.85 | | $2,468.39 |
| 05/30/2023 | Point Of Sale Withdrawal AYERCO 36 SHELBINA MOUS | $4.51 | | $2,463.88 |
| 05/30/2023 | Point Of Sale Withdrawal APPLE.COM/BILL 866-712-7753 CAUS | $10.99 | | $2,452.89 |
| 05/30/2023 | ACH Payment EVERGY MO WEST EVERGY MO WEST AUTOP - AUTOPAY | $191.67 | | $2,261.22 |
| 05/30/2023 | ACH Payment Spire - 54303681 - PAYMENT | $153.80 | | $2,107.42 |
| 05/30/2023 | ACH Payment ATT - Payment | $140.37 | | $1,967.05 |
| 05/30/2023 | Point Of Sale Withdrawal THE HOME DEPOT 3215 CLARK LANE COLUMBIA MOUS | $37.68 | | $1,929.37 |
| 05/30/2023 | Point Of Sale Withdrawal Amazon Music* SA9IT5888-802-3080 WAUS | $4.99 | | $1,924.38 |
| 05/30/2023 | Point Of Sale Withdrawal PILOT #0443 HIGGINSVILLE MOUS | $11.81 | | $1,912.57 |
| 05/31/2023 | Point Of Sale Withdrawal AMZN Mktp US* 491SX0Amzn.com/bill WAUS | $6.44 | | $1,906.13 |
| 05/31/2023 | Point Of Sale Withdrawal PASSIONS BOONVILLE MOUS | $67.47 | | $1,838.66 |
| 05/31/2023 | ACH Deposit ORACLE AMERICA - SALARY | | $3,034.32 | $4,872.98 |
| 05/31/2023 | Point Of Sale Withdrawal APPLE.COM/BILL 866-712-7753 CAUS | $42.99 | | $4,829.99 |
| 05/31/2023 | Point Of Sale Withdrawal QT 661 COLUMBIA MOUS | $10.36 | | $4,819.63 |
| **05/31/2023** | **Ending Balance** | | | **$4,819.63** |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1225 | 05/19/2023 | $425.94 | 9119* | 05/10/2023 | $1,825.33 |

* Indicates skipped check number

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

## High Interest Savings-XXXXXXX8101

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| **04/30/2023** | **Beginning Balance** | **$0.02** |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| **05/31/2023** | **Ending Balance** | **$0.02** |

**Interest Summary**

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.00% |
| Interest Days | 32 |
| Interest Earned | $0.00 |
| Interest Paid This Period | $0.00 |
| Interest Paid Year-to-Date | $0.00 |
| Minimum Balance | $0.02 |
| Average Ledger Balance | $0.02 |

# High Interest Savings-XXXXXXX8101 (continued)

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/30/2023 | **Beginning Balance** | | | **$0.02** |
| | No activity this statement period | | | |
| 05/31/2023 | **Ending Balance** | | | **$0.02** |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

## Interest Rate Changes

| Interest Rate As Of Date | Interest Rate |
|---|---|
| 04/30/2023 | 4.8890% |